IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.                                                        Case No.

FLORIDAUCC INC.
and
RUSSELL EDOUARD DONALDSON ROBINSON

    Defendants

_____

## COMPLAINT

The United States of America by and through the undersigned Assistant United States Attorney, files the instant complaint seeking a permanent injunction directing that the defendant, FLORIDAUCC, Inc., remove from its records and any and all records, of whatever nature, including but not limited to all financing statements, notice of liens or any other document of record filed against its employees, Marcia M. Waldron, Clerk of Court for the United States Court od Appeals for the Third Circuit and Shannon L. Craven, Deputy Clerk of Court, by or on the behalf of the defendant **RUSSELL EDOUARD DONALDSON ROBINSON**. The Plaintiffs further seek a permanent injunction directing that the defendant, **RUSSELL EDOUARD DONALDSON ROBINSON**, take no further action to file or attempt to file any liens, notices, financing statements or claims of whatever nature with the State of Florida, with

the defendant FLORIDAUCC, Inc., or any other authority against Marcia M. Waldron, Clerk of Court for the United States Court of Appeals for the Third Circuit and Shannon L. Craven, Deputy Clerk of Court without first obtaining the advice of a licensed attorney or an order from this Court authorizing such an effort.   In support of said complaint the United States states:

1. This is an action for injunctive relief under common law fraud, Title 28, United States Code, § 1331, Title 18, United States Code, Section 1521, Florida Deceptive and Unfair Practices Act, Florida Statutes § 501.201, et seq., Florida False Claims Act, § 68.082, Florida Statutes § 86.011 and the other statues set out herein.  This Court has subject matter jurisdiction by virtue of Title 28, United States Code, Sections 1331, 1345, and Section 1346(b)(1).

2. The defendant, FloridaUCC, Inc., is a Florida Corporation whose principal place of business is located in Leon County, Florida, within the jurisdiction of this Court.  By contract, the defendant, FloridaUCC, Inc., maintains the Secured Transaction Registry (registry), in Leon County, Florida for the State of Florida.  The Registry is the official file designed to provide public notice of all consensual liens created by debtors to creditors.

3. The Defendant, Russell Edouard Donaldson Robinson (Robinson), is a convicted felon currently in the custody of the United States Bureau of Prisons, assigned Registration Number 04776-094.  He is currently housed at FCI Jesup, Jesup, Georgia.  Service upon this defendant can be accomplished by personal service on him at his institution.

4. The Defendant Robinson has undertaken a course of conduct whereby he files false and fraudulent financing documents with the State of Florida through the Defendant FloridaUCC, Inc., designed to harass, intimidate, annoy, punish and retaliate against those federal officers and employees who become involved in his criminal proceedings.  Specifically, the Defendant

2

Robinson has filed false and fraudulent financing statements falsely publishing the assertion that certain federal employees are indebted to the defendant Robinson and have created a financial relationship with the defendant Robinson.

5. The Defendant FloridaUCC, Inc., in its normal course of business accepts said filings, records them, and thereafter, makes such recording available to the public at large, without notice to the alleged debtor, and without providing the alleged debtor any safeguards whatsoever.

These fraudulent notice filings, often referred to a UCC-1s or "financing statements" allows the defendant to public state that he has valid enforceable liens against all of the assets of the target federal officials, thereby creating clouds on the credit of the target employees.

6. Marcia M. Waldron is a federal official employed by the Court of Appeals for the Third Circuit as Clerk of Court. Ms. Waldron has not entered into any financial relationship whatsoever with the Defendant Robinson and has not obligated herself to the defendant in any respect. Her only contact, if any, with the defendant has been through the performances of her duties as Clerk of Court.

7. Shannon L. Craven is a federal official employed by the Court of Appeals for the Third Circuit as a Deputy Clerk of Court. Ms. Craven has not entered into any financial relationship whatsoever with the Defendant Robinson and has not obligated herself to the defendant in any respect. Her only contact, if any, with the defendant has been through the performances of her duties as Deputy Clerk of Court.

8. On or about March 10, 2008, the defendant filed or caused to be filed in the registry maintained by FloridaUCC, Inc., on behalf of the State of Florida, a financing statement asserting that Marcia Waldron and Shannon Craven were indebted to the defendant in the amount of one

billion, five hundred million dollars ($1,500,000,000.00), as security for which the Defendant claims a valid lien against all assets on the two named employees. Attached hereto as exhibit 1 is a copy of said UCC-1.

9. Neither Ms. Waldron nor Ms. Craven have voluntarily or otherwise created a financial relationship with the defendant Robinson, are not indebted to him in any amount, and have not agreed or authorized the defendant Robinson to file such a financing statement.

10. On or about May 19, 2008, the Defendant Robinson filed or caused to be filed in the registry maintained by FloridaUCC, Inc. on behalf of the State of Florida, a UCC Financing Statement Amendment and a UCC Financing Statement Addendum asserting that Marcia Waldron and Shannon Craven's assets were further encumbered by the defendant to secure an additional debt in the amount of Seventy-four Million dollars ($74,000,000.00), as security for which the Defendant claims a valid lien against all assets on the two named employees. Attached hereto as composite exhibit 2 is a copy of said UCC-1 amendment and addendum.

11. Neither Ms. Waldron nor Ms. Craven have voluntarily or otherwise created a financial relationship with the defendant Robinson, are not indebted to him in any amount, and have not agreed or authorized the defendant Robinson to file such a financing statement.

12. Neither Ms. Waldron nor Ms. Craven are in privity with the Defendant Robinson, and have no consensual or commercial financial relationship with the Defendant Robinson.

13. The Defendant Robinson has filed said notices in bad faith with the purpose of slandering the credit of the two individual named above.

14. There exists no valid financial relationship of any nature that would justify or allow the Defendant Robinson filing the financing documents identified in paragraphs 8 and 10 above.

15. Such claims as contained in those documents identified in paragraphs 8 and 10 above and any other filings made by the Defendant Robinson are false and fraudulent.

WHEREFORE, Plaintiff demands as follows:

1. As to the Defendant FloridaUCC, Inc., that the Court enter an order against the Defendant FloridaUCC, Inc.,

   a. finding that the exists no financial relationship between Marcia M. Waldron and Shannon Craven and the Defendant Robinson and the filings identified as exhibits 1 and 2 are false and fraudulent and their continuing publication by the Defendant Florida UCC, Inc., is improper;

   b. enjoining the Defendant, FloridaUCC, Inc, from continuing to publish said notices;

   c. enjoining the Defendant, FloridaUCC, Inc, from accepting any further filings from Defendant Robinson, or those who either act on his behalf or through him, without further order from this Court;

   d. requiring said defendant, FloridaUCC, Inc, to search its registry to insure that all filings against Marcia M. Waldron and Shannon Craven are removed;

   e. requiring the Defendant, FloridaUCC, Inc., to respond to any inquiries from the public at large about any filings against Marcia M. Waldron and Shannon Craven by the Defendant Robinson by a written statement declaring the fraudulent and false nature of such filings;

   f. requiring the Defendant, FloridaUCC, Inc, to search its registry for any other filings made by the Defendant Robinson against Marcia M. Waldron and Shannon Craven and remove those filings as well;

   g. requiring the Defendant, FloridaUCC, Inc, to disclose all other filings made by the

Defendant Robinson so that this Court may take the appropriate action to remove these filings without delay; and

    h. requiring the Defendant, FloridaUCC, Inc, to provide written notice to the undersigned of any effort by Defendant Robinson or anyone acting in his stead to file new documents claiming any financial relationship.

    2. As to the Defendant Robinson, that the Court enter an order against the Defendant Robinson;

    a. finding that the documents set out in exhibit 1 and 2 are false and fraudulent;

    b. finding that Marcia M. Waldron and Shannon Craven have no financial relationship of any nature with the Defendant Robinson and therefore have no debt or other obligation, of any nature, owed the Defendant Robinson;

    c. permanently enjoin the Defendant Robinson from filing or attempting to enforce said claims in any manner whatsoever, without a prior order from this Court;

    d. permanently enjoining the Defendant Robinson from filing or attempting to file, directly or through the services of others, new financing statements, notices of indebtedness, claims or purported liens, of whatever nature, either with the Defendant FloridaUCC, Inc., any federal agency, any State of Florida agency or any of the counties maintaining recording

registries, all other state or local debt registry, and any private registry or clearinghouse of debt information, without first obtaining leaver of this Court authorizing such effort.

                Respectfully submitted,

                THOMAS F. KIRWIN
                Acting United States Attorney

                BENJAMIN W. BEARD
                Assistant United States Attorney
                Florida Bar No.0145746
                21 East Garden Street
                Pensacola, FL  32501
                850-444-4000