**NON-STANDARD / NON-NEGOTIABLE**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Russell Edouard Donaldson:Robinson©1966,
SPC,All Rights Reserved,C/O,U.S. MARSHAL
ACCOUNT # 04776.094,
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. 33177

MAY 19 2008

FLORIDA SECURED TRANSACTION REGISTRY
**FILED**
2008 Mar 10 AM 12:00
**** 200807827329 ****
***C * 02050800838201-75.00***75.00***
***C * 03100802102001-1.00***1.00***

**COPY**

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | | | |
| Waldron | Marcia | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| 21400 U.S. Courthouse,601 Mkt Street | Philadelphia | PA | 19106-1790 | USA | |
| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | | |
|---|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | | | |
| Craven | Shannon | | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | | |
| 21400 U.S. Courthouse,601 Mkt. Street | Philadelphia | PA | 19106-1790 | USA | | |
| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX | | |
| Robinson©1966,SPC | Russell | Edouard Donaldson; | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | |
| P.O. BOX 779800 | Miami | FL | 33177 | USA | |

4. This FINANCING STATEMENT covers the following collateral: See attached Special Security Agreement,"FS 4","True Bill" for value Sum Certain,One Billion,Five Hundred Million,[$1,500,000,000.00],"Dollars" 'de jure' "Money of Account",Gold,Silver Minted Coin of U.S. TREASURY origin,and all Personal Judgements;all official Bonds;All, Oaths of Office;all Liscenses;bank Accounts;Bonds;Insurance;Public and private Trusts;Retirement accounts;annuities;pensions/Social security funds;investments;safe deposit items;jewelry;mutual funds;personal and private property(cars,trucks,pickups,SUV's,airplanes,boats,campers,recreational vehicles,houses,trailers,mobile homes,farms,ranches,apartments,condominiums,buildings,office equipment,warehouses,vehicles or personel or business nature,land);real estate;items,inventories,supplies contained therein;assignment of all stocks,real,tangible and intangible property,including but not limited to 501K and 401K retirement savings plans;Certificates of deposits;Signatures,all retirement accounts of any name or denomination,State/Federal,or offshore accounts;including but not limited to their heirs assets;payments/wages/salaries,while in public/private office/employment;all inheritances,accounts receivable,Oaths of Office,until full payment of the Total amount of "True Bill" has being given full accord to the "Secured Party"(i.e. "Paid In full").NON-STANDARD,NON-NEGOTIABLE,[NON-FEDERAL FORM]A SECURITY-15-

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA Without Recourse,Restricted Accommodation Special Private Collections,UCC § 3-415,3-419,1-308: | | | | | | |

/S/ Russell Edouard Donaldson: Robinson©1966,SPC

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

CARDELS 800-783-0399

**GOVERNMENT EXHIBIT**
**1**

MAY 19 2008

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
Russell Edouard Donaldson:Robinson©1966,
SPC,All Rights Reserved,C/O,U.S. MARSHAL
ACCOUNT # 04776.094,
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. [33177]
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
FLORIDAUCC Inc. # 200807827329

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

-Addition of Collateral to initial filing is to include all Assets Listed on attached "Financial Disclosure Report", Form AO 10, as included as Six page attachment; to be included as if fully set forth within amendment and or initial filing.
Total value Stated In this Amendment: Seventy Four, Million, [$74,000,000.00] de jure, "DOLLARS"/"MONEY OF ACCOUNT", Gold or Silver Coin of U.S TREASURY MINT ORIGIN.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
OR 9b. INDIVIDUAL'S LAST NAME: Robinson©1966, SPC | FIRST NAME: Russell | MIDDLE NAME: Edouard Donaldson: | SUFFIX: I

10. OPTIONAL FILER REFERENCE DATA Without Recourse, Restricted Accomodation, Special Private Collections, UCC §§ 3-415, 3-419, 1-308: Russell Edouard Donaldson:Robinson©1966,SPC

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

GOVERNMENT EXHIBIT 2

MAY 19 2008

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
FLORIDAUCC, Inc. # 200807827329
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

| | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME<br>Robinson®1966, SPC | Russell | Edouard |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

COPY

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Waldron, Marcia M | 2. Court or Organization Third Circuit Court of Appeals | 3. Date of Report 04/27/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Clerk of Court | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial  ☒ Annual  ☐ Final | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |
| 7. Chambers or Office Address 601 Market St. Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of instructions.)

☒ NONE (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

[Handwritten overlay across form: "ACCEPTED For Value & Exempt From Levy. For my Remedy Release the Orders/Proceeds, Products, Accounts and Fixtures in the Accordance with U.C.C.'s Immediately in the Accordance with U.C.C. §§ 10-104 & U.C.C. Policy, HJR-192; U.C.C. §§ 10-104, 3-419; ALL ENDORSEMENTS FRONT & BACK. Exemption ID # 589145057 / C77478537  Name: [illegible] U.C.C. Contract Trust Acct # 589145057  Date: [illegible] Value: $74,600,000.00 U.S. Dollars /s/ [signature] Donovan Kenny"]

[Received stamp: 2007 MAY -7 A 10:50 FINANCIAL DISCLOSURE RECEIVED]

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of instructions.)

☐ NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1989 | State of PA./Deferred Compensation Plan, $3,103.93 |
| 2. | |
| 3. | |

COPY

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 6 | Waldron, Marcia M | 04/27/2007 |

MAY 19 2008

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income
*(Dollar amount not required except for honoraria.)* — *(If you were married during any portion of the reporting year, complete this section.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

*[Handwritten diagonal overlay across form:* "ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY For My Remedy Release The Proceeds, Products, Accounts, AND Fixtures in the (O)rders to me Immediately in Accordance with the Public Policy, HJR-192, U.C.C. §§ 10-104 & U.C.C. § 1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK. Exemption ID # [illegible] / C7291[illegible] U.C.C. Contract Trust Acct # 580185[illegible] Date: 4/28/[illegible] A.D. Value $74[illegible] U.S. [illegible] @ [illegible] SAC /S/ Russell Elwell [illegible]"*]*

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

COPY

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 6 | Waldron, Marcia M | 04/27/2007 |

MAY 1 9 2008

**V. GIFTS.** *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

*[Diagonal handwritten overlay across page:]* ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY For My Remedy Release The Proceeds, Products, Accounts, AND Fixtures in the (O)rders to me Immediately in the Accordance with the Public Policy, HJR-192, U.C.C. §§ 10-104 & U.C.C. 1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK. Exemption ID # 580195054 / C27498537 U.C.C. Contract Trust Acct # 580195054 Value: [signature] Date: 4/28/2008 A.D. /s/ Russell Edward Waldron Authorized [signature] @ 1966 SPC

COPY

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | | Date of Report |
|---|---|---|---|
| Page 4 of 6 | Waldron, Marcia M | MAY 1 9 2008 | 04/27/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Acct. Citizens Bank, Phila. PA | A | Interest | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A -$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q -Appraisal
R =Cost (Real Estate Only)
S -Assessment
T -Cash Market
U -Book Value
V -Other
W -Estimated

[Handwritten overlay text across the form:] ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY For My Remedy Release the Proceeds, Products, Accounts, AND Fixtures in the (O)rders to me Immediately in the Accordance with the public Policy HJR-192, U.C.C. §§ 10-104 & U.C.C. § 1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK. Exemption ID # 5XX195-57 / C17497857 U.C.C. Contract Trust Acct # 5XX195-57 Value: $74,... due us Date: 4/2/... Ruwell Edward Bouldin [signature] @466 SEC

COPY

| FINANCIAL DISCLOSURE REPORT  Page 5 of 6 | Name of Person Reporting  Waldron, Marcia M | Date of Report  04/27/2007 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

MAY 1 9 2008

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY For My Remedy Release The Proceeds, Products, Accounts, AND Fixtures in the (O)rders to me Immediately in the Accordance with the Public Policy, HJR-192, U.C.C. §§ 10-104 & U.C.C. § 1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK. Exemption ID # 580195059 / C77498539 U.C.C. Contract Trust Acct # 580195059 Value: $74000,000.00 U.S. Date: 4/27/08, A.A. /S/ Russell Edward Davidson: Rburn@C766,SPC.

COPY

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 6 | Waldron, Marcia M | 04/27/2007 |

## IX. CERTIFICATION.

MAY 1 9 2008

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# COPY

# FLORIDA SECURED TRANSACTION REGISTRY

MAY 19 2008

FEDERAL CORRECTIONAL INSTITUTION
RUSSELL EDOUARD DONALDSON:ROBINSON (34TH. D74)
PO BOX 779800
MIAMI FL 33177

UCC number 200807827329 has been filed with the Florida Secured Transaction Registry.

Complete information related to the UCC filing is available on the internet at www.FloridaUCC.com. It is your responsibility to review all information associated with this filing to ensure information has been recorded correctly.

Please note: the State of Florida has approved revised versions of the following forms:
1) State of Florida Uniform Commercial Code Financing Statement Form (Form UCC-1)
2) State of Florida Uniform Commercial Code Financing Statement Form - Addendum (Form UCC-1 Addendum)
3) State of Florida Uniform Commercial Code Financing Statement Amendment Form (Form UCC-3)
4) State of Florida Uniform Commercial Code Financing Statement Amendment Form - Addendum (Form UCC-3 - Addendum)

These forms are available for download from: www.FloridaUCC.com.



COPY

If you have questions or concerns about this filing, please call FLORIDAUCC, Inc. at
(850) 222-8526.