OAO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                                  District of    FLORIDA

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

FLORIDAUCC, INC. and RUSSELL EDOUARD DONALDSON
ROBINSON

CASE NUMBER:  4:09cv15-RH/WCS

TO: (Name and address of Defendant)

FLORIDAUCC, INC, Registered Agent
2670 Executive Center Circle West, Suite 100, Sutton Building
Tallahassee, FL 30301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BENJAMIN W. BEARD, FLA. BAR NO. 0145756
ASSISTANT U.S. ATTORNEY
21 E. GARDEN STREET, SUITE 400
PENSACOLA, FL 32502-5675
850-444-4000

an answer to the complaint which is served on you with this summons, within _____ 20 days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

William M. McCool                              1/15/2009
CLERK                                          DATE

s/ Angela Maxwell
(By) DEPUTY CLERK

OAO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | |
|---|---|---|---|
| | | | 0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
               Date                                          *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.