OAO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN                                   District of      FLORIDA

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

FLORIDAUCC, INC. and RUSSELL EDOUARD DONALDSON ROBINSON

CASE NUMBER:  4:09cv15-RH/WCS

TO: (Name and address of Defendant)

RUSSELL EDOUARD DONALDSON ROBINSON, Reg. No. 04776-094
FCI JESUP, Federal Correctional Institution, 2680 301 South
Jesup, Georgia 31599

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BENJAMIN W. BEARD, FLA. BAR NO. 0145756
ASSISTANT U.S. ATTORNEY
21 E. GARDEN STREET, SUITE 400
PENSACOLA, FL 32502-5675
850-444-4000

an answer to the complaint which is served on you with this summons, within     20    days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William M. McCool                                    1/15/2009
CLERK                                                DATE

s/ Angela Maxwell
(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                     *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.