**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs**                                        Case No. 4:09cv15/RH/WCS

**FLORIDAUCC, INC.,**
**and**
**RUSSELL EDOUARD DONALDSON ROBINSON,**

    **Defendants.**

_____

## NOTICE OF FILING WAIVER OF SERVICE FOR SUMMONS

Plaintiff hereby gives notice of the filing of the Waiver of Service For Summons received from Larry Simpson, Esq., Attorney for FLORIDAUCC, INC.

                                            Respectfully Submitted;

                                            THOMAS F. KIRWIN
                                            UNITED STATES ATTORNEY

                                            /s/ *Benjamin W. Beard*
                                            BENJAMIN W. BEARD
                                            Assistant United States Attorney
                                            Florida Bar No.0145746
                                            21 East Garden Street
                                            Pensacola, FL  32502
                                            850-444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice was served by first class mail on Larry Simpson, Esq., Attorney for defendant FLORIDAUCC, INC., at his address of record , P. O. Box 10368, Tallahassee, Florida 32302, this January 27, 2009.

/s/ Benjamin W. Beard
BENJAMIN W. BEARD
Assistant United States Attorney