UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs                                            Case No. 4:09cv15/RH/WCS

FLORIDAUCC, INC.,
and
RUSSELL EDOUARD DONALDSON ROBINSON,

    Defendants.

_____

## WAIVER OF SERVICE FOR SUMMONS

    I acknowledge receipt of plaintiff's request that I waive service of a summons in the above entitled injunctive relief action on behalf of FLORIDAUCC, INC. I have also received a copy of the complaint, two copies of this Waiver, and a self-addressed envelope by which I can return one signed copy of the Waiver.

    I agree to save the cost of service of a summons and a copy of the complaint in this lawsuit by not requiring that FLORIDAUCC, INC. be served with judicial process in the manner provided by Rule 4, Federal Rules of Civil Procedure.

    FLORIDAUCC, INC. will retain all defenses or objections to the lawsuit or to the jurisdiction or to the venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against FLORIDAUCC, INC if an answer or motion under Rule 12 is not filed with the Court and served upon plaintiff within sixty (60) days after January 20th, 2009.

1/22/09
_____
DATE

_____
LARRY SIMPSON, Esq. on behalf
FLORIDAUCC, INC.

### Duty to Avoid Unnecessary Cost of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons) and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service **must** within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.