IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERCIA, | * |
|     Plaintiff, | * |
| -v- | *   Case No.:4:09cv 15-RH/WCS |
| FLORIDAUCC INC. | * |
| and | * |
| RUSSELL EDOUARD DONALDSON ROBINSON, | * |
|     Defendants. | * |

### RESPONSE VIA WRIT PRAECIPE

COMES NOW, by Special Visitation, RUSSELL E.D. ROBINSON(R) 1966, Pro-Se, ens legis, nul tiel corporate on record/trust, authorized signor UCC § 3-402(b), in posse, for and in behalf of Russell-Edouard Donaldson:Robinson(R)1966, Secured Party Creditor, injured party of interest/third party Intervenor/Principal, in esse, sui juris, as Attorney-In-Fact for alleged "Defendant" in the above captioned matter(s), invoking and adopting the principles announced at Article III, § 2, Cl. 1, of the Federal Constitution, F.R.Ev., Rules 201 et seq., 901 et seq., 902 et seq., filing into the record the following:

1). Statement that this Court is without Personal, or subject matter Jurisdiction, as there is no controversy to be decided, as the issues are matters of "Common Law" to be decided by a properly constitued, and convened, "Common Law" Jury; and there being no "Federal Common Law" in existence, Jurisdiction is lacking: and any Court acting without Jurisdiction, all actions/orders thereform are a legal nullity;

2). This Court is without Personal or Subject matter Jurisdiction

as to any of the matters subjudice, as same have been "Accepted For value, and Returned for Discharge", in Accordance with House Joint Resolution-192, of June 5, 1933, A.D., [Pub. L. 73-10], and UCC §§ 1-104, 10-104, 3-419, 1-308; thereby offering the use of my Exemption ID# 580195059, to settle all "claims", "Discrepancies", "Costs", "Fees" etecetera related to Captioned cause(s) of Action, as it relates to the recited facts;

3). Through this "Response Via Writ Praecipe", I, Russell-Edouard Donaldson:Robinson(R)1966, SPC, am giving **"NOTICE"** that I am **not** RUSSELL EDOUARD DONALDSON ROBINSON the "defendant" in your administrative or judicial action; I am the flesh and blood man, a living sentient being Creditor, non-assumptic/TDC, "Attorney-In-Fact/ Authorized Agent", taking exclusive charge of and to manage and conduct all personal, business, tax or legal affairs and to act with the powers necessary to carry out this exclusive purpose as authorized. This Conditional Acceptance fo Value revokes all authority made by all previous/prior powers of authority whether by presumption, legal fiction or fact that includes all entities, Governmental agencies and/or presumed government agencies **ab initio.**

4). It is not now or ever has been* to cause any degree of any "harm", "distress", "fraudulent cause or Purpose", on any entity, individual, organisation, person, thing, tangible or intangible; and simply exercised my "Common Law Sovereign Right" as permitted by State and Natural Law, having been denied Access, in violation of 18 USC § 2076, to the Appellate Court of the Third Circuit of the United States of America.

---
* Phrase: "My Intent" missing from sentence.

5). Through this Response, via Writ Praecipe, I seek that a Common Law Jury be convened to examine all documents as issue; and **quash**, this Subpoena and Processes, due to lack of Persona and Subject Matter Jurisdiction, due to same being a "Common Law" process not cognizeable under the Federal Article 1 § 8, Cl. 3, public "Commerce Clause's" provisions, [Same may be cognizeable as a **Private** Commerce Clause controversy, wherein the Plaintiff's would have to bring a State Action at their own expense: See generally, DENNIS v. HIGGINS,(1991) 498 US 439, 112 L.Ed. 2d 969, 111 S.Ct. 865, ("Cause of action for violations of Federal constitution's commerce clause (Art. I, § 8, Cl 3) held to exist under 42 USCS § 1983").

6). Arguendo, should this Honorable Court, confer Persona and Subject matter jurisdiction on itself in contravention of the Law, Art. III, Art. VI, Cl. 3, [Title 28 USC § 453], it would be enforcing at Government Expense, a private Cause of Action, for Plaintiff's who were subjected to "Common Law Private Administrative Remedy Processes" after being repeatedly begged, then warned to filed Alleged Defendant's Initial Direct Appeal Brief , In Re USA v. RUSSELL E.D.ROBINSON, U.S. Court of Appeal for Third Circuit, Appeal No. 07-2369, [Brief submitted, August 08, 2007, A.D., **not filed until October 01, 2007, A.D.** after numerous letters begging same to be filed. A clear violation of American Jurisprudence, [15 Am Jur 2d §§ 23, 24, 27, 28], thereby injuring, harming, and prejudicing Appellant, via Judicial Fraud.

7). WHEREFORE, via this Response via Writ Praecipe, this matter should be quashed, as it does not rise to the level of a Federal Commerce clause violation the only, manner and means by which Federal Courts have and retain jurisdiction; and any decision rendered by a court

lacking jurisdiction, [Personal and subject matter] or acting in a private capacity, is a legal nullity, and of no force or effect. By special visitation respondent seeks that this court take mandatory judicial notice of its Oath of Office, the facts subjudice, and issue an order quashing this summonses, and processes seeking injunctive relief, and honor the request for a common law jury to resolve any remaining dispute that may or may not be present. Done and dated, this Febuary 11, 2009, A.D., at Federal Satellite Low-JESUP, 2680 US Highway 301 South, Jesup, State of Georgia [31599].

Respectfully Submitted,

*Russell E.D. Robinson(R) 1966*

RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS
C/O, USM POW # 04776094
Federal Satellite Low-Jesup
2680 US Highway 301 South
Jesup, State of Georgia [31599]

## CERTIFICATE OF FILING/SERVICE

IT IS CERTIFIED, adopting the principles of HOUSTON v. LACK,(1988) 487 US 266, that the original, was filed to the Clerk of the Court at: William M. McCool U.S. District Court, 111 N. Adams St. Ste. 322 Tallahassee, FL. [32301-7717], and exact copy served, Certified Mail # 7008 0500 0000 2533 4704, to:

AUSA BENJAMIN W. BEARD, FL BAR # 0145746
21 East Garden Street
Pensacola FL. [32501].

Via hand delivery to FSL-Jesup mailroom officials this 12, day of Febuary 2009, A.D.

Respectfully,

*Russell E.D. Robinson(R) 1966*

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN _____    District of    FLORIDA _____

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

FLORIDAUCC, INC. and RUSSELL EDOUARD DONALDSON
ROBINSON

CASE NUMBER: 4:09cv015-RH/WCS

TO: (Name and address of Defendant)

RUSSELL EDOUARD DONALDSON ROBINSON, Reg. No. 04776-094
FCI JESUP, Federal Correctional Institution, 2680 301 South
Jesup, Georgia 31599

*U.S. $1,574,000,000.00*
*ACCEPTED FOR VALUE, RETURNED FOR DISCHARGE*
*IN ACCORDANCE WITH HOUSE JOINT RESOLUTION 192,*
*June 05, 1933, A.D. [Pub. L. 73-101], AND*
*U.C.C. §§ 1-104, 1-308, FRONT AND BACK, ALL ENDORSEMENTS*
*U.C.C. § 1-308 (U) (2) [No Agreement, No Contract]*
*Russell E. A. Robinson LEGIS*
*Authorized Representative*

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BENJAMIN W. BEARD, FLA. BAR NO. 0145756
ASSISTANT U.S. ATTORNEY
21 E. GARDEN STREET, SUITE 400
PENSACOLA, FL 32502-5675
850-444-4000

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William M. McCool _____    1/15/2009 _____
CLERK                                         DATE

s/ Angela Maxwell _____
(By) DEPUTY CLERK

OAO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

*(Stamped diagonally across form:)*
U.S. $ 1,574,000,000.00
ACCEPTED FOR VALUE, RETURNED FOR DISCHARGE, OF
IN ACCORDANCE WITH HOUSE JOINT RESOLUTION 192,
U.C.C. 1-104, 10-104, 3-419, [Pub. L. 73-101, ALL ENDORSEMENTS
FRONT & BACK. [No Agreement, No Contract]
U.C.C. 1-308. [No Agreement, No Legal
Indorsement by Authorized Representative
/S/ [signature]

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              *Date*            *Signature of Server*

                              _____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.                                                                  Case No.

FLORIDAUCC INC.
and
RUSSELL EDOUARD DONALDSON ROBINSON

    Defendants

_____

COMPLAINT

The United States of America, by and through the undersigned Assistant United States Attorney, files the instant complaint seeking a permanent injunction directing that the defendant, FLORIDAUCC, Inc., remove from its records and any and all records, of whatever nature, including but not limited to all financing statements, notice of liens or any other document of record filed against its employees, Marcia M. Waldron, Clerk of Court for the United States Court od Appeals for the Third Circuit and Shannon L. Craven, Deputy Clerk of Court, by or on the behalf of the defendant RUSSELL EDOUARD DONALDSON ROBINSON. The Plaintiffs further seek a permanent injunction directing that the defendant, RUSSELL EDOUARD DONALDSON ROBINSON, take no further action to file or attempt to file any liens, notices, financing statements or claims of whatever nature with the State of Florida, with

[Stamp overlay reads: U.S. $1,574,000,000.00 ACCEPTED FOR VALUE, RETURNED FOR DISCHARGE, OF IN ACCORDANCE WITH HOUSE JOINT RESOLUTION 192, June 5, 1933, A.D. [Pub. L. 73-101, AND §§ 1904, 10-04, 3-419, ALL ENDORSEMENTS FRONT & BACK. [No Agreement, No Contract] U.C.C. § 3-308; 1(c) 1966 EM LEGIS /s/ Russell E. D. Robinson Authorized Representative]

the defendant FLORIDAUCC, Inc., or any other authority against Marcia M. Waldron, Clerk of Court for the United States Court of Appeals for the Third Circuit and Shannon L. Craven, Deputy Clerk of Court without first obtaining the advice of a licensed attorney or an order from this Court authorizing such an effort. In support of said complaint the United States states:

1. This is an action for injunctive relief under common law fraud, Title 28, United States Code, § 1331, Title 18, United States Code, Section 1521, Florida Deceptive and Unfair Practices Act, Florida Statutes § 501.201, et seq., Florida False Claims Act, § 68.082, Florida Statutes § 86.011 and the other statues set out herein. This Court has subject matter jurisdiction by virtue of Title 28, United States Code, Sections 1331, 1345, and Section 1346(b)(1).

2. The defendant, FloridaUCC, Inc., is a Florida Corporation whose principal place of business is located in Leon County, Florida, within the jurisdiction of this Court. By contract, the defendant, FloridaUCC, Inc., maintains the Secured Transaction Registry (registry), in Leon County, Florida for the State of Florida. The Registry is the official file designed to provide public notice of all consensual liens created by debtors to creditors.

3. The Defendant Russell Edouard Donaldson Robinson (Robinson), is a convicted felon currently in the custody of the United States Bureau of Prisons, assigned Registration Number 04776-094. He is currently housed at FCI Jesup, Jesup, Georgia. Service upon this defendant can be accomplished by personal service on him at his institution.

4. The Defendant Robinson has undertaken a course of conduct whereby he files false and fraudulent financing documents with the State of Florida through the Defendant FloridaUCC, Inc., designed to harass, intimidate, annoy, punish and retaliate against those federal officers and employees who become involved in his criminal proceedings. Specifically, the Defendant

2

Robinson has filed false and fraudulent financing statements falsely publishing the assertion that certain federal employees are indebted to the defendant Robinson and have created a financial relationship with the defendant Robinson.

5. The Defendant FloridaUCC, Inc., in its normal course of business accepts said filings, records them, and thereafter, makes such recording available to the public at large, without notice to the alleged debtor, and without providing the alleged debtor any safeguards whatsoever.

These fraudulent notice filings, often referred to a UCC's or "financing statements" allows the defendant to public state that he has valid enforceable liens against all of the assets of the target federal officials, thereby creating clouds on the credit of the target employees.

6. Marcia M. Waldron is a federal official employed by the Court of Appeals for the Third Circuit as Clerk of Court. Ms. Waldron has not entered into any financial relationship whatsoever with the Defendant Robinson and has not obligated herself to the defendant in any respect. Her only contact, if any, with the defendant has been through the performances of her duties as Clerk of Court.

7. Shannon L. Craven is a federal official employed by the Court of Appeals for the Third Circuit as a Deputy Clerk of Court. Ms. Craven has not entered into any financial relationship whatsoever with the Defendant Robinson and has not obligated herself to the defendant in any respect. Her only contact, if any, with the defendant has been through the performances of her duties as Deputy Clerk of Court.

8. On or about March 10, 2008, the defendant filed or caused to be filed in the registry maintained by FloridaUCC, Inc., on behalf of the State of Florida, a financing statement asserting that Marcia Waldron and Shannon Craven were indebted to the defendant in the amount of one

3

billion, five hundred million dollars ($1,500,000,000.00), as security for which the Defendant claims a valid lien against all assets on the two named employees. Attached hereto as exhibit 1 is a copy of said UCC-1.

9. Neither Ms. Waldron nor Ms. Craven have voluntarily or otherwise created a financial relationship with the defendant Robinson, are not indebted to him in any amount, and have not agreed or authorized the defendant Robinson to file such a financing statement.

10. On or about May 19, 2008, the Defendant Robinson filed or caused to be filed in the registry maintained by FloridaUCC, Inc. on behalf of the State of Florida, a UCC Financing Statement Amendment and a UCC Financing Statement Addendum asserting that Marcia Waldron and Shannon Craven's assets were further encumbered by the defendant to secure an additional debt in the amount of Seventy-four Million dollars ($74,000,000.00), as security for which the Defendant claims a valid lien against all assets of the two named employees. Attached hereto as composite exhibit 2 is a copy of said UCC amendment and addendum.

11. Neither Ms. Waldron nor Ms. Craven have voluntarily or otherwise created a financial relationship with the defendant Robinson, are not indebted to him in any amount, and have not agreed or authorized the defendant Robinson to file such a financing statement.

12. Neither Ms. Waldron nor Ms. Craven are in privity with the Defendant Robinson, and have no consensual or commercial financial relationship with the Defendant Robinson.

13. The Defendant Robinson has filed said notices in bad faith with the purpose of slandering the credit of the two individual named above.

14. There exists no valid financial relationship of any nature that would justify or allow the Defendant Robinson filing the financing documents identified in paragraphs 8 and 10 above.

4

15. Such claims as contained in those documents identified in paragraphs 8 and 10 above and any other filings made by the Defendant Robinson are false and fraudulent.

WHEREFORE, Plaintiff demands as follows:

1. As to the Defendant FloridaUCC, Inc., that the Court enter an order against the Defendant FloridaUCC, Inc.;

   a. finding that the exists no financial relationship between Marcia M. Waldron and Shannon Craven and the Defendant Robinson and the filings identified as exhibits 1 and 2 are false and fraudulent and their continuing publication by the Defendant Florida UCC, Inc., is improper;

   b. enjoining the Defendant, FloridaUCC, Inc, from continuing to publish said notices;

   c. enjoining the Defendant, FloridaUCC, Inc, from accepting any further filings from Defendant Robinson, or those who either act on his behalf or through him, without further order from this Court;

   d. requiring said defendant, FloridaUCC, Inc, to search its registry to insure that all filings against Marcia M. Waldron and Shannon Craven are removed;

   e. requiring the Defendant, FloridaUCC, Inc., to respond to any inquiries from the public at large about any filings against Marcia M. Waldron and Shannon Craven by the Defendant Robinson by a written statement declaring the fraudulent and false nature of such filings;

   f. requiring the Defendant, FloridaUCC, Inc, to search its registry for any other filings made by the Defendant Robinson against Marcia M. Waldron and Shannon Craven and remove those filings as well;

   g. requiring the Defendant, FloridaUCC, Inc, to disclose all other filings made by the

5

Defendant Robinson so that this Court may take the appropriate action to remove these filings without delay; and

h. requiring the Defendant, FloridaUCC, Inc, to provide written notice to the undersigned of any effort by Defendant Robinson or anyone acting in his stead to file new documents claiming any financial relationship.

2. As to the Defendant Robinson, that the Court enter an order against the Defendant Robinson;

a. finding that the documents set out in exhibit 1 and 2 are false and fraudulent;

b. finding that Marcia M. Waldon and Shannon Craven have no financial relationship of any nature with the Defendant Robinson and therefore have no debt or other obligation, of any nature, owed the Defendant Robinson;

c. permanently enjoin the Defendant Robinson from filing or attempting to enforce said claims in any manner whatsoever without a prior order from this Court;

d. permanently enjoining the Defendant Robinson from filing or attempting to file, directly or through the services of others, new financing statements, notices of indebtedness, claims or purported liens, of whatever nature, either with the Defendant FloridaUCC, Inc., any federal agency, any State of Florida agency or any of the counties maintaining recording

6

registries, all other state or local debt registry, and any private registry or clearinghouse of debt information, without first obtaining leaver of this Court authorizing such effort.

Respectfully submitted,

THOMAS F. KIRWIN
Acting United States Attorney

BENJAMIN W. BEARD
Assistant United States Attorney
Florida Bar No. 0145746
21 East Garden Street
Pensacola, FL 32501
850-444-4000

[Handwritten stamp overlay:]
U.S.$ 1, 5750 ACCEPTED FOR VALUE, RETURNED FOR DISCHARGE, OF IN ACCORDANCE WITH HOUSE JOINT RESOLUTIION 192, June 05, 1933, A.D. [Pub. L. 73-10], AND U.C.C. §§ 1-104, 10-104, 3-419, ALL ENDORSEMENTS FRONT & BACK.
U.C.C. § 1-308: [No Agreement, No Contract]
Indorsement U.C.C. § 1-308(d) 1966 [wj L6G2]
/s/ Russell E.O. Robinson
Authorized Representative

7

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>2100 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, 19106-1790 | TELEPHONE<br>215-597-2995 |

February 22, 2008

Mr. Russell Robinson, No. 04776-094
FCI Miami
Federal Correctional Institution
P.O. Box 779800
Miami, FL 33177

Dear Mr. Robinson:

    This will acknowledge receipt on February 4, 2008 of your document dated January 29, 2008. Your purpose in sending this document is unclear. Accordingly, no action will be taken on this document. Insofar as you expect Ms. Craven or myself to sign this document as a confession of judgment or admission of liability, either for ourselves or on behalf of the government, we refuse to do so.

                                                  Very truly yours,

                                                  MARCIA M. WALDRON
                                                  Clerk

MMW:clt

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>2100 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, 19106-1790 | TELEPHONE<br>215-597-2995 |

July 28, 2008

William R. Burchill, Jr., Esq., Associate Director
Office of General Counsel
Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Suite 7-290
Washington, D.C. 20544

Re:   Russell Edouard Donaldson Robinson

Dear Mr. Burchill:

    I have been served with the attached documents wherein Mr. Robinson states that he has filed a commercial lien against me and a member of my staff, Ms. Shannon Craven. The lien was apparently filed in Florida. I hereby request representation by the Department of Justice in this matter for myself and Ms. Craven, especially in removing any lien. With regard to the allegations presented in this matter, I believe that all of my actions and those of Ms. Craven were taken in our official capacities as employees of the Third Circuit Court of Appeals.

    I also enclose a copy of a letter that I wrote to Mr. Robinson in response to a letter we received in February.

    Should you have any questions, please contact me at 267-299-4900.

                                  Sincerely,

                                  Marcia M. Waldron
                                  Clerk

enclosures

OFFICE OF THE CLERK

| | | |
|---|---|---|
| MARCIA M. WALDRON<br>CLERK | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>2100 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, 19106-1790 | TELEPHONE<br>215-597-2995 |

July 28, 2008

William R. Burchill, Jr., Esq., Associate Director
Office of General Counsel
Administrative Office of the U.S. Courts
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Suite 7-290
Washington, D.C.  20544

Re:    Russell Edouard Donaldson Robinson

Dear Mr. Burchill:

    I have been served with the attached documents wherein Mr. Robinson states that he has filed a commercial lien against me. The lien was apparently filed in Florida.  I hereby request representation by the Department of Justice in this matter, especially in removing any lien.  With regard to the allegations presented in this matter, I believe that all of my actions were taken in my official capacity as an employee of the Third Circuit Court of Appeals.

    Should you have any questions, please contact me at 267-299-4959.

                              Sincerely,

                              Shannon Craven
                              Case Manager