UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

 **vs**             Case No. 4:09cv15/RH/WCS

**FLORIDAUCC, INC.,**
**and**
**RUSSELL EDOUARD DONALDSON ROBINSON,**

 **Defendants.**

## NOTICE OF FILING

 The United States of America gives notice of the filing herewith the Process Receipt And Return Form USM-285, providing proof of service on Russell Edouard Donaldson Robinson on Wednesday, February 11, 2009.

 Respectfully submitted March 2, 2009.

              GREGORY R. MILLER
              United States Attorney


              /s/ *Benjamin W. Beard*
              BENJAMIN W. BEARD
              Assistant United States Attorney
              Florida Bar No. 0145746
              21 East Garden Street, Suite 400
              Pensacola, Florida 32501
              (850) 444-4000