# U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>4:09cv15-RH/WCS |
| DEFENDANT<br>FLORIDAUCC, INC & RUSSELL EDOUARD DONALDSON ROBINSON | TYPE OF PROCESS<br>Summons In A Civil Case |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Russell Edouard Donaldson Robinson, Reg. No. 04776-094
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  FCI JESUP, Federal Correctional Institution, 2680 301 South, Jesup, GA 31599

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BENJAMIN W. BEARD
Assistant U.S. Attorney
21 East Garden Street, Suite 400
Pensacola, Florida 32502

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please serve the attached Summons In A Civil Case and Complaint as soon as possible. And return the completed Form USM-285 to AUSA Beard.

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 850-444-4000
DATE: 01-20-2009

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2
District of Origin No. 17
District to Serve No. 21
Signature of Authorized USMS Deputy or Clerk: Dianne Sullivan
Date: 2/3/09

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*): Same
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*): Same
Date: 02/11/2009
Time: 12:05 pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | $46.00 | $8.00 | $144.00 | 0 | $0.00 |

REMARKS: 2 hours, 1 DUSM, 83 miles

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00