IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,  CASE NO.: 4:09cv15/RH/WCS

    Plaintiff,

v.

FLORIDAUCC, INC.,
and
RUSSELL EDOUARD DONALDSON ROBINSON,

    Defendants.
_____/

## NOTICE OF APPEARANCE

YOU ARE HEREBY NOTIFIED that the undersigned attorneys on behalf of the Defendant, FLORIDAUCC, INC., make this appearance and request that copies of all pleadings, motions, and notices be supplied to the firm of Judkins, Simpson & High, at the address shown.

                           s/ Larry D. Simpson
                           LARRY D. SIMPSON
                           Florida Bar No. 176070
                           JUDKINS, SIMPSON & HIGH
                           Post Office Box 10368
                           Tallahassee, Florida 32302-2368
                           (850) 222-6040; FAX (850) 561-1471
                           Attorney for FLORIDAUCC, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this <u>11th</u> day of March, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Benjamin W. Beard, U.S. Attorney's Office, 21 E. Garden Street, Suite 300, Pensacola, Florida 32502-5675.  I further certify that on this <u>11th</u> day of March, 2009, I mailed the foregoing document and notice of electronic filing by U.S. mail to the following non CM/ECF participants: Russell Edouard Donaldson Robinson, c/o U.S. Marshal Account #04776.094, Federal Correctional Institution, P.O. Box 779800, Miami, Florida 33177.

     <u>s/ Larry D. Simpson</u>
     LARRY D. SIMPSON