IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,          CASE NO.: 4:09cv15/RH/WCS

      Plaintiff,

v.

FLORIDAUCC, INC.,
and
RUSSELL EDOUARD DONALDSON ROBINSON,

      Defendants.
_____/

## FLORIDAUCC'S ANSWER

FLORIDAUCC, Inc. ("FLORIDAUCC") files this answer to the Complaint and states:

    1.    Admitted for jurisdictional purposes only.

    2.    Admitted.

    3.    Without knowledge.

    4.    Without knowledge.

    5.    Admitted that FLORIDAUCC, as required by Florida law, accepts UCC filings, records them and makes them available to the public through the Florida Secured Transaction Registry (the "Registry"), which is accessible on-line. Admitted that FLORIDAUCC does not give notice to the alleged debtor because Florida law prohibits FLORIDAUCC from rejecting any filing that complies with the statutory requirements. Denied that FLORIDAUCC has an obligation to provide "safeguards" to alleged debtors,

any "safeguards" available to alleged debtors are provided by Florida law. Without knowledge as to the remaining allegations of this paragraph and therefore denied.

6. Without knowledge.

7. Without knowledge.

8. Admitted that the UCC-1 attached as Exhibit 1 to the Complaint is the first page of a seventeen page filing that is in the Registry; otherwise denied.

9. Without knowledge.

10. Denied that the UCC Amendment attached as Exhibit 2 to the Complaint is a copy of the filing that is in the Registry. A copy of the actual filing that is in the Registry is attached hereto as Exhibit A; otherwise denied.

11. Without knowledge.

12. Without knowledge.

13. Without knowledge.

14. Without knowledge.

15. Without knowledge.

## AFFIRMATIVE DEFENSES

FLORIDAUCC is the contract vendor for the Florida Secretary of State that has responsibility for managing the Registry. The Registry contains documents that are public records under Florida law. There is no provision of Florida law that would permit expungement of public records maintained by FLORIDAUCC in the Registry. Should this Court grant the relief requested by the Plaintiff, the Court's order should direct

FLORIDAUCC to remove the document(s) from the Registry, rather than expunge or otherwise destroy public records.

    s/ Larry D. Simpson
LARRY D. SIMPSON
Florida Bar No. 176070
JUDKINS, SIMPSON & HIGH
Post Office Box 10368
Tallahassee, Florida 32302-2368
(850) 222-6040; FAX (850) 561-1471
Attorney for FLORIDAUCC, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Benjamin W. Beard, U.S. Attorney's Office, 21 E. Garden Street, Suite 300, Pensacola, Florida 32502-5675. I further certify that on this 11th day of March, 2009, I mailed the foregoing document and notice of electronic filing by U.S. mail to the following non CM/ECF participants: Russell Edouard Donaldson Robinson, c/o U.S. Marshal Account #04776.094, Federal Correctional Institution, P.O. Box 779800, Miami, Florida 33177.

    s/ Larry D. Simpson
LARRY D. SIMPSON