# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Russell Edouard Donaldson:Robinson®1966, SPC,All Rights Reserved,C/O,U.S. MARSHAL ACCOUNT # 04776.094,
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. [33177]

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**

2008 May 19 AM 12:00

****** 200808342760 ******

1a. INITIAL FINANCING STATEMENT FILE #
FLORIDAUCC Inc. # 200807827329

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 7c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 7d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

-Addition of Collateral to initial filing is to include all Assets listed on attached "Financial Disclosure Report", Form AO 10, as included as Six page attachment; to be included as if fully set forth within amendment and or initial filing.

Total value Stated In this Amendment: Seventy Four, Million, [$74,000,000.00] de jure, "DOLLARS"/"MONEY OF ACCOUNT", Gold or Silver Coin of U.S TREASURY MINT ORIGIN.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Robinson®1966, SPC | Russell | Edouard Donaldson: | I |

10. OPTIONAL FILER REFERENCE DATA Without Recourse, Restricted Accomodation, Special Private Collections, UCC §§ 3-415, 3-419, 1-308: Russell Edouard Donaldson: Robinson©1966, SPC.

EXHIBIT A

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Waldron, Marcia M | Third Circuit Court of Appeals | 04/27/2007 |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
| Clerk of Court | [ ] Nomination, Date ___ [ ] Initial [X] Annual [ ] Final<br>5b. [ ] Amended Report | 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. | |
| 601 Market St.<br>Philadelphia, PA 19106 | Reviewing Officer ______ Date ______ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

EXEMPT FROM LEVY
ACCEPTED FOR VALUE & HONOR The Proceeds, Products,
For My Remedy Release in the (O)rders to me
Accounts AND Fixtures in the Accordance with the Public
Immediately in the U.C.C. §§ 10-104 & U.C.C. §
Policy, HJR-192, U.C.C. ENDORSEMENTS FRONT & BACK.
1-104, 3-419; ALL
Exemption ID # 580195059 C774985539
U.C.C. Contract Trust Acct # 580195059
Value: $74,000,000.00 U.S. Date: 4/27/2007 A.D.
/S/ Russell Edward Donaldson

RECEIVED
2007 MAY -7 A 10:50
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[ ] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1989 | State of PA./Deferred Compensation Plan, $3,103.93 |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 2 of 6 | Name of Person Reporting<br>Waldron, Marcia M | Date of Report<br>04/27/2007 |
|---|---|---|

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

**A. Filer's Non-Investment Income**

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**B. Spouse's Non-Investment Income** – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For My Remedy Release The Proceeds, Products,
Accounts, AND Fixtures in the (O)rders to me
Immediately in the Accordance with the Public
Policy, HJR-192, U.C.C. §§ 10-104 & U.C.C. §
1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK.
Exemption ID # 580195059 / C774985?9
U.C.C. Contract Trust Acct. # 580195059
Value: $74,000,000.00 U.S. Date: 4/28/2008, A.D.
/S/ Russell Elonzo Donathon: Robinson © 1966 SPC

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| FINANCIAL DISCLOSURE REPORT<br>Page 3 of 6 | Name of Person Reporting<br>Waldron, Marcia M | Date of Report<br>04/27/2007 |
|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For My Remedy Release The Proceeds, Products,
Accounts, AND Fixtures in the (O)rders to me
Immediately in the Accordance with the Public
Policy, HJR-192, U.C.C. §§ 10-104 & U.C.C. §
1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK.
Exemption ID # 58019 5059 / C774 98539
U.C.C. Contract Trust Acct.# 58019 5059
Value: $74,000,000.00 U.S. Date: 4/28/2008, A.D.
/S/ Russell Edward Donaldson: Donaldson© 1916, SPC

| FINANCIAL DISCLOSURE REPORT<br>Page 4 of 6 | Name of Person Reporting<br>Waldren, Marcia M | Date of Report<br>04/27/2007 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings Acct. Citizens Bank, Phila. PA | A | Interest | M | T | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For My Remedy Release The Proceeds, Products,
Accounts, AND Fixtures in the (O)rders to me
Immediately in the Accordance with the Public
Policy HJR-192, U.C.C. §§ 10-104 & U.C.C. §
1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK.
Exemption ID # 580195059 | C77498557
U.C.C. Contract Trust Acct # 580195059
Value: $ 74,000,000.00 U.S. Date: 4/28/2008 A.D.
|S| Russell Edward Donaldson: Robinson©1966 SOC

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

**FINANCIAL DISCLOSURE REPORT**
Page 5 of 6

| Name of Person Reporting | Date of Report |
| --- | --- |
| Waldron, Marcia M | 04/27/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

ACCEPTED FOR VALUE & HONOR EXEMPT FROM LEVY
For My Remedy Release The Proceeds, Products,
Accounts, AND Fixtures in the (O)rders to me
Immediately in the Accordance with the Public
Policy, HJR-192, U.C.C. §§ 10-104 & U.C.C. §
1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK.
Exemption ID # 580195059 / C77498539
U.C.C. Contract Trust Acct.# 580195059
Value: $74,000,000.00 U.S. - Date: 4/28/2008, A.D.
/S/ Russell Edward Donaldson: R Donaldson-©1966, SPC

**FINANCIAL DISCLOSURE REPORT**
Page 6 of 6

| Name of Person Reporting | Date of Report |
|---|---|
| Waldron, Marcia M | 04/27/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature [redacted] Date 8/6/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

ACCEPTED FOR VALUE EXEMPT FROM LEVY
For My Remedy Release the Proceeds, Products,
Accounts, AND Fixtures the (O)rders to me
Immediately in the Accordance with the Public
Policy, HJR-192, U.C.C. §§ 10-104 U.C.C. §
1-104, 3-419; ALL ENDORSEMENTS FRONT & BACK.
Exemption ID # 580195059/C77498539
U.C.C. Contract Trust Acct. # 580195059
Value: $74,000,000.00 Date: 4/28/2008, A.D.
/S/ Russell Edward Arnold for: Robinson J ©1966, SPC.

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544