# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff**

v.                                                                                                  **Case No.** 4:09cv15/RH/WCS

**FLORIDAUCC INC.**
**and**
**RUSSELL EDOUARD DONALDSON ROBINSON**

    **Defendants**

---

## DECLARATION OF MARCIA M. WALDRON

I, Marcia M. Waldron, recognizing that said statement is being made under penalty of perjury, do hereby declare that the following statements is true and correct to the best of my knowledge and belief.

1.    I am employed as the Clerk of Court for the United States Court of Appeals for the Third Circuit and am the person who is the subject of the Uniform Commercial Code Financing Statement document filed by the defendant **RUSSELL EDOUARD DONALDSON ROBINSON** with the Defendant FLORIDAUCC, Inc.

2.    As part of my duties as Clerk of Court for the United States Court of Appeals for the Third Circuit, I have the responsibility, directly and through my deputy clerks, of properly docketing submissions by parties before the United States Court of Appeals for the Third Circuit

and further have the responsibility, either directly or through my deputy clerks of communicating to parties.

3. So far as I am aware, I never had any direct contact other than a letter which I wrote to the defendant in February of 2008 in response to a letter he addressed to me. The Third Circuit records reflect that the Defendant Robinson was involved as a defendant in an appeal from his conviction in the District Court of the Virgin Islands in Case No. 07-2369. In that case, the Defendant Robinson had his attorney dismissed and proceeded pro se thereafter. Upon the Court of Appeals affirming the Defendant's Conviction, he petitioned for Rehearing En Banc which was denied.

4. Third Circuit records reflect that since approximately 2000, the Defendant Robinson has been involved in some capacity with eleven (11) cases filed in the Third Circuit Court of Appeals, involving direct criminal appeals, mandamus actions, and appeals in civil rights cases.

5. So far as I am aware, I have never personally met or talked to the defendant Robinson. I have never requested that he perform any services for me and have never contracted with him in any manner, formally or informally.

6. I have never engaged in any voluntary financial relationship with the Defendant Robinson and have never borrowed any money from the Defendant.

7. I do not owe the Defendant Robinson anything of value whatsoever and specifically do not owe him either $500,000,000.00 or $74,000,000.00 as he has reported to the FloridaUCC, Inc.

8. I have not authorized the Defendant Robinson to file anything with the

FloridaUCC, Inc. or any other agency whatsoever.

9. The filings attached hereto as exhibit 1 were never authorized by me, are fraudulent, and an apparent effort to ruin my credit rating.

10. There exists no valid financial relationship of any nature between me and the Defendant Robinson that would justify or allow the Defendant Robinson filing the financing documents identified in Exhibit 1.

11. I am personally aware of the above made statement and am competent to testify to same.

Pursuant to 28 U.S.C. 1746, I declare the foregoing is true and correct under the penalty of perjury.

*Marcia M. Waldron*

Marcia M. Waldron
Clerk of Court
United States Court of Appeals
for the Third Circuit


March 12, 2009
Date


3