# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      Plaintiff

v.                                                                    Case No. 4:09cv15/RH/WCS

FLORIDAUCC  INC.
and
RUSSELL EDOUARD DONALDSON ROBINSON

      Defendants

_____

## DECLARATION OF SHANNON CRAVEN

I, Shannon Craven, recognizing that said statement is being made under penalty of

perjury, do hereby declare that the following statements are true and correct to the best of my

knowledge and belief.

1.     I am employed as a Deputy Clerk of Court for the United States Court of Appeals

for the Third Circuit and am the person who is the subject of the Uniform Commercial Code

Financing Statement document filed by the Defendant **RUSSELL EDOUARD DONALDSON**

**ROBINSON** with the Defendant FLORIDAUCC, Inc.

2.     As part of my duties as Deputy Clerk of Court for the United States Court of

Appeals for the Third Circuit, I have the responsibility of properly docketing submissions by

parties before the United States Court of Appeals for the Third Circuit and further have the

responsibility of communicating with parties, as the circumstances warrant.

3.     So far as I am aware, I never had any direct contact other than letters which I prepared during the course of my official duties. I have no personal relationship whatsoever.

4.     The Third Circuit records reflect that the Defendant Robinson was involved as a defendant in an appeal from his conviction in the District Court for the United States Virgin Islands in Case No. 07-2369.  In that case, the Defendant Robinson had his attorney dismissed and proceeded pro se thereafter.  Upon the Third Circuit Court affirming the Defendant's Conviction, he petitioned for Rehearing En Banc which was denied.

5.     Third Circuit records also reflect that since approximately 2000, the Defendant Robinson has been involved in some capacity with eleven (11) cases filed in the Third Circuit Court of Appeals, involving direct criminal appeals, mandamus actions, and appeals in civil rights cases.

5.     So far as I am aware, I have never personally met or talked to the defendant Robinson.  I have never requested that he perform any services for me and have never contracted with him in any manner, formally or informally.

6.     I have never engaged in any voluntary financial relationship with the Defendant Robinson and have never borrowed any money from the Defendant.

7.     I do not owe the Defendant Robinson anything of value whatsoever and specifically do not owe him either $500,000,000.00 or $74,000,000.00 as he has reported to the FloridaUCC, Inc.

8.     I have not authorized the Defendant Robinson to file anything with the FloridaUCC, Inc. or any other agency whatsoever.

9.      The filings attached hereto as exhibit 1 were never authorized by me, are

fraudulent, and are an apparent effort to ruin my credit rating.

10.     There exists no valid financial relationship of any nature between me and the

Defendant Robinson that would justify or allow the Defendant Robinson filing the financing

documents identified in Exhibit 1.

11.     I am personally aware of the above made statement and am competent to testify to

same.

Pursuant to 28 U.S.C. 1746, I declare the foregoing is true and correct under the penalty

of perjury.

_____

Shannon Craven
Deputy Clerk of Court
United States Court of Appeals
for the Third Circuit


_____
Date

3