IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,      *
           Plaintiff,          *
                               *
      v.                       *      Case No.: 4:09cv15/RH/WCS
                               *
FLORIDAUCC INC.,               *      **AFFIDAVIT UNDER PENALTY OF
                               *      PERJURY, [28 USC § 1746], IN**
           Defendant,          *      **SUPPORT OF CROSS/THIRD PARTY**
and                            *      **INTERVENOR CLAIM, IN OPPOSITION**
                               *      **TO "MOTION FOR SUMMARY JUDGEMENT".**
RUSSELL E.D. ROBINSON          *
           Cross Plaintiff,    *
                               *
_____*

State of Georgia           )
County of Wayne            )  ss: **AFFIDAVIT OF RUSSELL E.D. ROBINSON**
united states of America)      **BY SPECIAL VISITATION:**

     I, the Undersigned Affiant, being over the age of 21 years

of age, first being duly sworn, deposes and states the following

facts, under penalty of perjury:

1). This matter subjudice, stems from one (1) instance of a

Criminal violation of Cross Claimnant's Guaranteed First Amend-

ment Rights by Debtors, "MARCIA WALDRON", and "SHANNON CRAVEN";

see attached  Fourteen (14) page exhibit that sets forth the

basis of said "Consensual Commercial Common Law Lien": see also

Title 18 USC § 2076, 28 USC § 1654, all in violation of their Oaths

of Office and duties, In Re U.S. Court of Appeals for the Third

Circuit, Appeal No.: 07-2369, [They refused to file Cross Claim-

nant's Initial direct appeal for unstated reasons, in a timely

manner];

2). This was a continuation of the "Fraud Upon the Court", and

other "Frauds" being perpetrated within those processes; see

1

DISTRICT COURT OF THE VIRGIN ISLANDS, DIVISION OF ST.CROIX,

Case No.: 3:04Cr005-F-02-(JRS), related to Civil No. 2008-103,

28 USC § 2255 proceedings filed 11/17/2008, A.D., challenging same

"various species of "Frauds";

3). Cross claimant/Affiant is not affiliated with or attempting to

further any agenda, that any "inmate" group(s) may or may not be

engaged in, as  Cross claimant/Affiant is not aware of such and

considers any such baseless activity sedition, [Cross Claimant

has sworn a voluntary "Oath of Allegiance" to this Country, and the

Republic it represents, see INS File # A35 466 985, **more than the

average 'birth' "American" can claim to have done voluntarily"**, and

is dedicated to seeing its Constitution, and laws obeyed by all,

because this is a country of laws not men].

4). Cross claimant/affiant has proceeded in comport with the

Common law Commercial processes, having exhausted all available

remedies to no avail, while simply attempting to obtain access to

the U.S. Court of Appeals for the Third Circuit, In Re, 07-2369;

which was being deliberately blocked and impeded by SHANNON CRAVEN,

and MARCIA WALDRON;

5). Cross Claimant/ Affiant's other causes of action in the Third

Circuit Court of Appeals has no bearing and influence on this matter;

6). This is a private Cause of Action, between MARCIA WALDRON, and

SHANNON CRAVEN, based on their Criminal conduct, and by his/her oath

of office, the U.S. Attorney cannot or should not be defendaning,

such Criminal conduct;

7). Both, MARCIA WALDRON, and SHANNON CRAVEN, were afforded ample

due process of common law, notice, full disclosure, and full opp-

2

ortunity to correct their Constitutional mal/mis-feasense, but chose to nonchalantly disregard their timely options; instead opting to rely on this abuse of court processes, via Illegal Command Influence, and thinly veiled coercive threats, and or intimidative tactics;

8). Cross Claimant/Affiant **NOTICES**, this Honorable Court, that any orders issuing therefrom, that contravenes commonly accepted law, and the facts subjudice will and shall be fowarded to the Secretary, Federal Reserve Board of Governors, at/for the Federal Reserve Bank, Washington, District of Columbia [20551], for a hearing and settlement on the issues subjudice, and or enforcement of Cross Claimant's/Affiant's Rights, Securities, and Interests;

9). Cross Claimant/Affiant adopts and realleges all allegations set forth in attached exhibit as if set forth fully herein de novo, in support of his claims and opposition to the "Motion for Summary Judgement";

10). Cross Claimant/Affiant states and seeks that this Court take mandatory Judicial Notice of its Oath of Office,[28 USC § 453], and hold a hearing in chambers, on Thursday April 30, 2009, A.D., at 9:01 AM, wherein the facts subjudice be administred/adjudicated, with the entry of an order Dismissing with prejudice, the "Motion for Summary Judgement", and this entire Civil cause of Action as captioned, for failure to sate a claim cognizeable under the Federal Constitution's Commerce Clause, or any other established Federal Rights of Plaintiffs;

11). Cross Claimant/Affiant further sayeth naught. Done this 19, day of March, 2009, A.D., at FSL-JESUP, 2680 US Highway 301 South

Jesup, State of Georgia [31599].

Respectfully Submitted,

*Russell E.D. Robinson (R) 1966, Ens Ceges Trust*

RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS,
C/O, USM POW# 04776094
Federal Satellite Low-Jesup
2680 US Highway 301 South
Jesup, State of Georgia [31599]

## CERTIFICATE OF FILING/SERVICE

IT IS CERTIFIED, pursuant to 28 USC § 1746, that the original, an

extra first page, an attached fourteen (14) page exhibit, a SASE,

"Motion for Summary Judgement" [Accepted For Value, Returned For

Discharge], was filed to the Clerk at: 111 N. Adams Street, Ste.

322, Tallahassee, FL. [32301-7717], via Certified mail contract

# 7008 0500 0000 2536 3742; and excat copies served on the following:

| | |
|---|---|
| AUSA, BENJAMIN W. BEARD, | LARRY D. SIMPSON |
| FL BAR# 0145746 | FL. BAR# 176070 |
| 21 east Garden Street | JUDKINS, SIMPSON & HIGH |
| Pensacola, FL. [32502] | P.O. BOX 10368 |
| (850) 444-4000 | Tallahassee, FL. [32302-2368] |
| | (850) 222-6040 |

via hand delivery to the FSL-JESUP, U.S. POST OFFICE OFFICIALS,

this 20, day of March 2009, A.D..

Respectfully,

*Russell E.D. Robinson (R) 1966, Ens Leges Trust*

RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS TRUST.

**NON-STANDARD / NON-NEGOTIABLE**

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Russell Edouard Donaldson:Robinson®1966,
SPC,All Rights Reserved,C/O,U.S. MARSHAL
ACCOUNT # 04776.094,
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 779800
Miami, FL. 33177

FLORIDA SECURED TRANSACTION REGISTRY

**FILED**

**2008 Mar 10 AM 12:00**

**\*\*\*\* 200807827329 \*\*\*\***

\*\*\*C \* 02050800838201-75.00\*\*\*75.00\*\*\*
\*\*\*C \* 03100802102001-1.00\*\*\*1.00\*\*\*

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combi

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | | |
| Waldron | Marcia | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 21400 U.S. Courthouse,601 Mkt Street | Philadelphia | PA | 19106-1790 | usA |
| 1d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATION ID #, if any ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Craven | Shannon | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 21400 U.S. Courthouse,601 Mkt. Street | Philadelphia | PA | 19106-1790 | usA |
| 2d. TAX ID #: SSN OR EIN | ADDL INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATION ID #, if any ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Robinson®1966,SPC | Russell | Edouard Donaldson: | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| P.O. BOX 779800 | Miami | FL | 33177 | usA |

4. This FINANCING STATEMENT covers the following collateral: See attached Special Security Agreement,"FS 4","True Bill" for value Sum Certain,One Billion,Five Hundred Million,[$1,500,000,000.00],"Dollars" 'de jure' "Money of Account",Gold,Silver Minted Coin of U.S. TREASURY origin,and all Personal Judgements;all official Bonds;All, Oaths of Office;all Liscenses;bank Accounts;Bonds;Insurance;Public and private Trusts;Retirement accounts;anuities;pensions/Social security funds;investments;safe deposit items;jewelry;mutual funds;personal and private property(cars,trucks,pickups,SUV's,airplanes,boats,campers,recreational vehicles,houses,trailers,mobile homes,farms,ranches,apartments,condominius,buildings,office equipment,warehouses,vehicles or personel or business nature,land);real estate;items,inventories,supplies contained therein;assingment of all stocks,real,tangible and intangible property,including but not limited to 501K and 401K retirement savings plans;Certificates of deposits;Signatures,all retirement accounts of any name or denomination,State/Federal,or offshore accounts;including but not limited to their heirs assets;payments/wages/salaries,while in public/private office/employment;all inheritances,accounts receivable,Oaths of Office,until full payment of the Total amount of "True Bill" has being given full accord to the "Secured Party"(i.e. "Paid In full").NON-STANDARD,NON-NEGOTIABLE,[NON-FEDERAL FORM]A SECURITY-15-

| | | | |
|---|---|---|---|
| 5. ALTERNATIVE DESIGNATION (if applicable) ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING | | | |
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | | |
| 8. OPTIONAL FILER REFERENCE DATA Without Recourse,Restricted Accumulation Special Private Collections,UCC § 3-415,3-419,1-308: | | | |

/S/ < Russell Edouard Donaldson: Robinson© 1966, SPC

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

The Notice below is included for purpose of FULL DISCLOSURE as per UCC, and as a warning noted by the flag for commercial grace that appears at the top of the Private Security Agreement.

# DISCLOSURE OF AFFIDAVITS, PRIVATE SECURITY AGREEMENT, NOTICE OF LIEN DOCUMENTS, UCC1 AND NOTICE OF COMMERCIAL GRACE

> **A SECURITY (15 USC)**
> **THIS IS A U.S.S.E.C. TRACER FLAG**
> **NOT A POINT OF LAW**

One definition of "A SECURITY" is "any evidence of debt."

The lien claimant does NOT rely on Title 15 USC <u>as</u> a <u>basis</u> for the "commercial lien." All commercial processes, by using or relying upon notes or paper in commerce (for example; Federal Reserve Notes), must bear some sort of Federal tracking code, a State Recorder's number, or a serial number, which process must be accessible for inspection at the nearest relevant State Recorder's Office or be widely advertised. When a lien matures by default of the Lien Debtor as a result of the Lien Debtor's failure to rebut the affidavit of obligation <u>point-for-point</u> categorically, it becomes an accounts receivable in the ordinary sense of a collectable debt upon which assignments, collateralization and other commercial transactions can be based, hence it becomes a Security subject to observation, tracking, and regulation by the United States Securities and Exchange Commission (hereinafter U.S.S.E.C.). The notation "A Security 15 USC" is a flag in commerce telling the U.S.S.E.C. that a speculation account is being established to enforce the lien. The U.S.S.E.C. can then monitor the process. As long as the process is truthful, open, and above board (full disclosure), The U.S.S.E.C. has no jurisdiction over it, for even the U.S.S.E.C. has no jurisdiction over the truth of testimony, depositions, affidavits and affidavits of obligations/commercial liens, and an unrebutted affidavit stands as the truth in commerce.

## LEGAL AUTHORITY:

Hebrew/Jewish commercial code-corollary, this Hebrew/Jewish commercial process is to Exodus 20:16. This Hebrew/Jewish commercial the best known commercial process in America. The biggest user is the Internal Revenue Service. The Internal Revenue Service uses all three tracking codes. The federal tracking code is the tax-payer's IRS document file number. The next stronger code is the State Recorder's number. The strongest, most important, and most universal code is the tax-payer's identification number (TIN), also known as the Social Security Number (SSN). The IRS collection process is legitimate and presumed to be identical to the so-called Schweitzer lien process. However, the IRS assessment/lien process is a commercial fraud because it is not supported *by* commercial affidavits (of Truth) of obligation/commercial liens. The IRS issues only <u>Notices</u> of liens, but has those Notices fraudulently recorded on a "Tax Lien index" at the County Recorder's Office. Notices are not required to contain commercial affidavits, but a lawful Lien must contain a commercial affidavit (also an itemized obligation/damages ledger, and a list of property to be seized).

## NOTICE:

The foundation of the law, commerce, and the whole legal system consists of "telling the truth, the whole truth and nothing but the truth," either by testimony, deposition, and/or by affidavit. One sworn to tell the truth is compelled by high principles to protect truth and do nothing to tamper with that truth, either directly or indirectly, either in person or by proxy, or by subornation of an affiant or other person. Any judge who tampers with testimony, deposition, or affidavit is a threat to the Commercial Peace and Dignity of the County, State, and United States of America, and acting in the nature of a foreign enemy agent, RE; A Mixed War!

**WHOSOEVER** acts against Commercial Affidavits without executing the necessary Commercial Paperwork under affidavit is subject to being charged criminally for fraud. Commercial processes are fundamentally ***non-judicial and pre-judicial***. No judge, court, law, or government can invalidate the Commercial Process, i.e. a Private Security Agreement, True Bill, or Lien based upon an affidavit, because no third party can invalidate an affidavit of TRUTH. Action against affidavit creates MIXED WAR. No one can rebut an affidavit except the proper party (lien debtor) who alone must rebut by affidavit within the established time limits. (Violations of Oaths of Office and constitutions, laws, codes, statutes, etc., = Mixed War by then 'foreign agents' in any office, at any level of government.

**THEREFORE,** when an Affidavit is so flagged in Commerce, it becomes a Federal Document because it can be translated into a Security (by being attached in support to a Commercial Lien). NON-ACCEPTANCE and/or NON FILING of a Commercial Lien/Affidavit becomes a Federal Offense.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT - NOTICE TO AGENT IS NOTICE TO PRINCIPLE.**

> **THIS CONSTITUTES FULL DISCLOSURE.**

Certified Mail Contract #7006 2150 0001 4064 1089
[Return Receipt Requested]

## PRIVATE SECURITY AGREEMENT

Lien Claimnant:

Russell : Robinson®1966,SPC

Vs.

LIEN DEBTORS:

1.Marcia Waldron,d/b/a
CLERK 3rd Circuit Court of
appeals,

2.Shannon Craven,d/b/a
Case manager,3rd Circuit
Court of appeals,In Re,
06-1283;07-2369

3.All others,named < Un-named,d/b/a
"Agents","Behind the scenes Actors",
In Re,referenced matters.

THIS IS EVIDENCE OF A DEBT,
A SECURITY [15 U.S.C]

THIS IS A U.S. S.E.C. TRACER FLAG
NOT A POINT OF LAW
580195059/C77498539

THIS IS A WARNING FOR
COMMERCIAL GRACE

PRIVATE AGREEMENT

CONSENSUAL COMMERCIAL LIEN
FOR VIOLATION OF CONSTITUTIONAL
SECURED RIGHTS

THIS IS A COMMERCIAL,NON-JUDICIAL
NON-COMMON LAW PROCESS

U.C.C.-4 Private Security Agreement Non-Negotiable
"TRUE BILL",means bargain of the parties in fact.

This Lien arises out of breach of specific
performance(breach of Oath of Office,violation of the Constitution
for the united States of America ,which are supreme commercial
codes and contrcats between the Government and the people).

## AFFIDAVIT
### Plain Statement of facts:

I,Marcia Waldron,in conspiracy,confederation,colusion and agreement
with Shannon Craven,and others known and unknown,et al,though all
individually took an Oath of Office,to uphold the Constitution and
laws of the united States of America,[indemnified by our Official
Bonds]did in fact breach same obligation on our contracts,knowingly
and intentionally,wherein we[the above named and un-named
individuals],did do wilfull,knowing and intentional injury to
Russell:Robinson®1966,SPC,a **Supreme Sovereign.**

- 1 -

We,the above named individuals,named and un-named,individually,and as a position/office,etc,employed by the employing entity,an agency of the de facto UNITED STATES OF AMERICA,attest to the following listed .facts,in this non-negotiable "True Bill",UCC-4 Private Security Agreement.Under the principle of "IGNORANCE OF THE LAW IS NO EXCUSE",We,the above named and un-named individuals,receive this special Presentment for acceptance without dishonor.

We,the above named and un-named individuals,being public servants,understand that "We The People" are the principals,anmd the public servant is an agent for "We the People".Therefore,the agent has a trust and a contractual obligation to the people.The law of Principal over agent is in force.

We,the above named and un-named individuals,took individual Oaths of Office,to protect and defend the Constitution for the united States of America,and have individual Official Bonds.

We,the above named,and un-named individuals,knew,or should have known,that we are in these Constitutions,a stated above,and the people are above these Constitutions.These Constitutions are to restrict government,because government is under the Constitutions.Simply Stated,our National Constitution were instituted by men to control government,not for Government to control men.Again,the concept of Principal over agent is in effect.

We,the above named,and un-named individuals,knew or should have known,that in our Government,we the people rule Supreme and Sovereign.We have no king or ruler over "We The People"."we the People",as a group,and as individuals,are the Sovereigns.The People in our Government,whom we pay to do our business,are our employees/servants."we the people" expect and require that our servants follow the law that is based on our organic foundational documents,and obligatory Contrcat they accept as a condition of employment.

We,the above named and un-named individuals,knew,or should have known,that "we the people"are endowed by our Creator with unalienable rights.These Rights cannot be taken away by laws of man.Even if a particular human does not believe in a creator,that human still has these natural Rights.These Natural Rights include free will,and responsibility of free will to do good or to do evil.

We,the above named and un-named individuals knew,or should have known,that basic rules of human interaction,and therefore natural law,are:Do unto Othres as you would have them do unto (injure not) you,and keep all agreements;"yes be Yes,No be No".[James Ch. 5,vs. 12,HOLY SCRIPTURES].

We,the above named and un-named individuals knew or should have known that we would eventually be held individually liable on our Official Bond,15A Am Jur 2d §§ 23,24],for our bad faith acts,actions and or ommissions,and deliberate obstruction of Lien Claimnant's filings,thereby infringing upon his vested "liberty Interst" Guarantees.We knew that same fidelity Official Bond is subject to forfeiture if we violate our contrcat with the people.We arre required by law to pay for this Fidelity Bond,individually.The UNITED STATES,nor the State of Pennsylvania,cannot insure us,contrary to what may have been told by the Corporate "Powers that be".

We,the above named and un-named individuals do freely admit,that since On or about July 05,2007,A.D.,to present,including December 04,2007,A.D.,Lien Claimnant has filed certain documents,to wit:"Emergency patition In Re Trial Counsel issue";"Silver Surety Bond,in support of Appelklate Appearance Bond",in conjuction with "Affidavit seeking Dismissal,due to Illegal alien being on deliberating Trial Jury";all of which we,ahve agreed to **not file**,and obstruct Lien Claimnant's access to immediate relief,for no reason other than our personal malfeascent unstated reseons.

We,the above named and un-named individuals freely admit that,we are aware that fraud was perpetrated,the District court was without Subject matter and persona Jurisdiction,and there was Surbornation of perjury,trial counsel issues,denial of due process of law,among other issues,In Re,Lien Claimnants,complaints,yet we continue to obstruct Lien claimnant form immediate relief,instead conspiring with Elroy Dowe's attorney,and the Court reporter to **again delay processes up until December 2008**,or may 2009.<u>A CLEAR TRAVESTY OF JUSTICE-KNOWING FULL WELL THAT JUSTICE DELAYED IS JUSTICE DENIED!!!</u>

We,the above named and un-named individuals freely admit that we were totally unhelpfull,rude,and beligerent to Lien Claimnant's well mannered Couriers that called the Court seeking information on lien claimnant's behalf,on more than one ocassion,simply to dissuade them from calling and to continue in secrecy the Conspiracy to evade fidicuiary,and other responsibilities and duties.

We,the above named and un-named individuals knew or should have known,that our actions/ommissions,individually and collectively were in direct violation of our contract,[Oath of Office],and public trust,and we committed Fraud via intentional deceit,against Supreme Sovereign,Russell : Robinson®1966,SPC;and fraud against our Oaths of Office.

we,the above named and un-named individuals knew or should have known,that our actions,or ommissions placed Supreme sovereign,Russell:Robinson®1966,SPC,in serious jeopardy and doubt with the public,and in fact caused Supreme sovereign

- 3 -

Russell:Robinson®1966,SPC,to    lose    his    business,substantial income,causing incalculable injuries and damages;in the approximate amount    of    One    Billion    five    Hundred    Million,U.S. "Dollars"[$1,500,000,000.00],'de  jure'  UNITED  STATES  "DOLLARS" CURRENCY/"MONEY  OF  ACCOUNT",Gold,Silver  coin  of  U.S.  Treasury origin.

We,the above named and un-named individuals,freely admit that all of the above was effected under the'pretext of law',with impunity because we deem ourselves 'protected' and 'exempt' from the reach of the law,and fully intend to retaliate via command influence,of "WARDEN" of the Institution wherein Supreme Sovereign,is held kidnapped,and or filing of "New Charges",via other convoluted False "Grand Jury Proceses".

We,the above named and un-named individuals know or should know,and understand    the    terms,"Breach    of    Contract,Specific performance,Obligation  of  Contract,Oath  of  Office,Public official,Common    law,non-judicial,Private    agreement,Commercial grace,affidavit,Lien,Contract,true Bill,consensual,accomodation,and Security,evidence of debt".

We,the above named and un-named individuals now know or should know,that our actions/ommissions,as already stated herein,did willfully,and    knowingly    injure    Supreme    Sovereign,Russell  : Robinson®1966,SPC.

We,the  above  named  and  un-named  individuals,freely  accept commercial responsibility for our actions/ommissions,and promise to pay in full for the aforementioned injuries and resulting damages of the Supreme Sovereign,Russell : Robinson®1966,SPC.

We,the above named and un-named individuals,know and understand that we must answer this courtesy private presentment Security agreement "True Bill" within ten(10) Calendar days of Service,[As Evidenced by Return receipt#7006 2150 0001 4064 1089],or We will become liable for the sum certain amount of injuries and damages occurring to Supreme Sovereign,Russell:Robinson®1966,SPC,in this matter  for  One  Billion  Five  hundred  Million,'de  jure' "Dollars",[$1,500,000,000.00],in    goldor    silver    coin,of    U.S. TREASURY origin;or equivalent "money of Account".

We,the  above  named  and  un-named  individuals,freely  admit  our collective  failures,in  obedience  of  our  individual  "oaths  Of Office",caused    irrepairable,incalcuable    injuries,damages    and harm,to  Supreme  sovereign,Russell:Robinson®1966,Secured  Party Creditor.

ATTESTATION:by,U.C.C.  §§ 3-415,3-419,By Accomodation,

/S/MARCIA WALDRON
Marcia Waldron
/S/SHANNON CRAVEN
Shannon Craven

- 4 -

Individually,Jointly,and severally for THE UNITED STATES.

PRIVATE SEAL:_____

     _____

     _____

     _____

     Marcia Waldron

     Shannon Craven

     et al.

     bonafide and subject to nihil dicit

Done and dated this 29,day of January,2008,A.D.

---

SIGNED                                                        BY:

Without Prejudice,UCC § 1-308,All
Rights Reserved:

Russell Edouard Donaldson:Robinson®1966,
Secured Party Creditor,d/b/a
"RUSSELL E.D.ROBINSON",ENS LEGIS
Pre-Paid Preferred-Stock
Priorirty-Exempt From levy
Exemption ID#580195059/C77498539

Done and dated this 29,day of January,2008,A.D.

---

Acknowledgement:by  the  Supreme    Sovereign,Russell   Edouard
Donaldson:Robinson®1966,SPC,in law,and our land,as endowed by the
Creator,Teste Meispo,this 29,day of January,2008,A.D.,EXPRESSLY
not "WITHIN" THE UNITED STATES.

Without Prejudice,UCC§1-308:All
Rights reserved:

Russell Edouard Donaldson:Robinson®1966,
Secured Party Creditor

Certified Mail - Contract
[Return Receipt Requested]

Case 4:09-cv-00015-RH-WCS Document 101 Filed 03/24/09 Page 12 of 52

Security - "15-U.S.C.-
U.S. S.E.C. Tracer Flag
Not A Point of Law
580195059/C77498539

NOTICE OF SECURITY-"15-U.S.C." CLAIM
OF COMMERCIAL LIEN AND PRIVATE CRIMINAL COMPLAINT

FLORIDAUCC Inc.
P.O. BOX 5588
Tallahassee,FL. 32314

Russell Edouard Donaldson:Robinson®1966,SPC
Secured Party Creditor,'Real Party In Interest'
d/b/a "RUSSELL E.D.ROBINSON",ENS LEGIS,C/O,U.S.
MARSHAL ACCOUNT # 04776.094,15801 SW 137th Ave.
Miami, FL. 33177

     Plaintiff/Lien Claimant,

     Vs.

Marcia Waldron,d/b/a,"CLERK" For "THE UNITED
STATES COURT OF APPEALS FOR THE THIRD CIRCUIT,
21400 UNITED STATES COURTHOUSE,601 MARKET
STREET,INDEPENDENCE MALL WEST,PHILADELPHIA,
PA. 19106-1790,

et al.,Known and Unknown.

     DEFENDANTS/RESPONDENTS.

A Security 15 U.S.C. Claim of Commercial Lien and **Private Criminal Charges/Complaint.**

1.To Repair damages,injuries caused to Lien Claimant,by Lien DEBTORS.

2.To process Lien DEBTORS,via **Criminal Charges** for Breaking FEDERAL LAW(C),in violation of their Oaths Of Office.

3.This is a Commercial Lien **not** to be confused with a "Lis Pendens Lien".

Lien Claimant's Lien Number:1-29-08-666-01

AFFIDAVIT UNDER PENALTY OF PERJURY,
HOLY SCRIPTURES,"JAMES CH. 5. V. 12",& 28 U.S.C. § 1746(1).

STATEMENT OF FACTS

This Lien and Private Criminal Complaint arises from a "Breach of Contract,or Oath of Office",and violation of §§ 23,24,of 15A Am Jur 2d,["Effect of Breach of Duty on rights of Litigants];by the above named Lien DEBTORS,who in conspiracy and concert with each other,Known and Unknown:to deprive Lien Claimant his right to a Speedy Appellate Process,or Dismissal on his particular merits,of the cause(s) of action,against his Copyrighted,Tradename,ENS LEGIS,"RUSSELL E.D. ROBINSON",In Re,Apeeal Numbers,06-1283,07-2369;thereby causing irrepairable injuries,and damages;with **NO RELIEF IN THE NEAR FORESEEABLE FUTURE.**All,in violation of Article VI Clause 3,of the National Constitution,THE HOLY SCRIPTURES,and Title 18 U.S.C. §§ 241,242;and all other applicable Statutes.

Lien Claimant has repeatedly sought redress,**AS IS HIS RIGHT,**via filings, to this Court,seeking **JUDICIAL** input,**NOT,**"Quasi-Judicial",**Summary Denials,**of the Lien DEBTORS:which has being all that

- 1 -

has being forthcoming.Specifically,since on or about July 05,2007,A.D.,Matters have being before this Tribunal,warranting immediate relief,as in **release from illegal confinement**:Then again on December 04,2007,A.D.,more facts,along with a "Silver Surety Bond,and in support of an Appellate Apperance Bond" was received by this Tribunal,**but to date was never filed,or honored,**in violation of U.C.C.§ 3-420,[**ILLEGAL CONVERSION OF FUNDS**].Further,within,same Document(s) filed on December 04,2007,A.D. were Affidavits seeking Dismissal of Causes of action due to **an Illegal Alien having being on the Jury**.Yet to date no relief has being forthcoming,or response ascertained.
This can only be intentional acts of malfeascense on the part of the Lien DEBTORS,in violation of their fidiciary duties,and
responsibilities continue to support **fraud and deceit**,upon their Court,knowing same to exist,beyond all possible doubt based upon the evidence[i.e. Affidavits,that stand unrebutted],presented.

NOTICE IS HEREBY GIVEN OF THE IMMINENT RECORDING OF A PARTICULAR SECURITY (15-U.S.C.) CLAIM OF COMMERCIAL LIEN **AND PRIVATE CRIMINAL COMPLAINT**:This "Notice of Lien" is now served,under necessity,having failed to obtain relief in all other administrative forums,upon aforementioned LIEN DEBTORS,by Certified Mail Contract/Return Receipt Requested,#7006 2150 0001 4064 1089;and is the proper Commencement of an "action at/In Law"against the LIEN DEBTORS.LIEN DEBTORS have not more than Thirty (30) Calendar days,as evidenced by date on Return Receipt,to tender an answer or grant Relief via Honor of release via Honor of Silver Surety Bond in Support of Appellate Appearance Bond;or offer a point for point Rebuttal under penalty of perjury,in affidavit,sworn,and underwritten by their Official personal Bond:or be found in **default**.Answer must also be served to lien Claimnant via Certified Mail,return Receipt requested.Should answer not be forthcoming within time allotted by law,Declatory Judgement willl immediately issue,upon which Lien will be executed against all property of LIEN DEBTOR.

THE OBJECT AND INTENT OF THIS ACTION IS:To enable Lien Claimnant,Russell Edouard Donaldson:Robinson®1966,SPC,to Secure sufficient security for injuries and damages inflicted by the wrongfull acts,of LIEN DEBTOR,and for restitution and recovery of "MONEY OF ACCOUNT",DAMAGES CLAIMED AGAINST LIEN DEBTORS,and to secure and exercise the Rights,Priveleges,Immunities,Liberties,and duties expressly declared by the Declaration of Independence and Secured by the Constitution of the UNITED STATES;to which LIEN DEBTOR has stipulated and agreed to,via their Oaths of Office.This Security (15 U.S.C.) Claim of Commercial Lien is intended to sieze,**ALL** real and moveable Property in possession,in whole or in part,by aforementioned LIEN DEBTORS.the date of service of this instrument wiull be Prima Facie evidence of the Commencement of an Action At/In Law.The failure of the LIEN DEBTORS to plead thereto in aproperly set JUDICIAL POWER COURT [See:Article III,Constitution for THE UNITED STATES(1787)] of Competent Jurisdiction will be deemed a tacit admission of guilt,confession of deliberate,knowing,intentional wrongdoing-with a Judgement issuing Forthwith against LIEN DEBTORS;with an express waiver of all defenses,immunities,ceding actual and constructive ownership of ALL Property belonging in whole or in part to the LIEN DEBTORS,to Lien Claimnant.

- 2 -

CAVEAT

Thsi is **not** a "lis Pendens Lien".Whereofre,whoever does conspire to,or                          attempts                          to 'remove','alter','circumvent','evade','negate',and or tamper with this forthcoming Security (15 U.S.C.) Claim of Commercial Lien and Private Criminal Complaint,without the express written consent of the Lien Claimmant,or the special verdict of a Common law Jury of the     Lien     Claimmant's     Peers,thereby     excluding     all members,subjects,citizens,and or non-sui juris "Individuals" of the De facto Democracy of Foreign states or Districts,shall be deemed CRIMINALS AND OR FELONS,[See Title 18 U.S.C. §§ 2,3],and shall    be    subject    to    arrest,prosecution,trial,judgement,and punsihed according to the law,in a Court "In/at law",pursuant to the ordained Constitution of the Union of the States of the republic of the UNITED STATES OF AMERICA,at Article III §§ 2 and 3,Article   VI,Clause   2,and   articles   of   Amendments,[Bill   of Rights],Articles    I,V,VII,IX,and    X,and    laws    made    pursuant thereof,including,but   not   limited   to   Title   18   U.S.C.   §§ 219,241,242,371,401,402,1505,**1506**,1510,1511,1651,1652,1658,1661,17 00,1701,1702,1703,1707,1961,1962,1963,1964,1965,1966,1967,1968,207 1,2076,2381,2382,2383,2384,2385,and     any     other     aplicable Statutes,Federal   Rules   of   Appellate   and   Criminial,or   Civil Procedures,appertaining thereto.

WARNING:The LIEN DEBTORS' property will be attached by and through the recording and or filing of the Security (15 U.S.C.) Claim of Commercial Lien and Private Criminal Complaint for violation of the Law by said LIEN DEBTORS.ANY PERSON/INDIVIDUAL,tampering with the same said property and/or this Security (15 U.S.C.) Claim of Commercial Lien and Private Criminal Complaint,are subject to the same several Criminal Charges,Pains,and Penalties thereof,and will accordingly be charged under the provisions of Title 18 U.S.C. § 2,as Principals,and § 3 as Accessory after the fact,§ 951 Agents of a Foreign Government and other Criminal Provisions,including but not limited to § 2381 Treason,§ 2384 Seditious Conspiracy,and § 2385 Advocating the overthrow of the Government.

ALL PUBLIC LAND AND PROPERTY HELD IN WHOLE OR IN PART;ALL OATHS OF OFFICE;ALL   OFFICIAL   "BONDS",AND/OR   PERSONAL   PROPERTY   AND   GOODS WHEREVER  SITUATED  SHALL  BE  A  PART  OF  THIS  SECURITY  (15  U.S.C.) CLAIM   OF   COMMERCIAL   LIEN   AND   PRIVATE   CRIMINAL   COMPLAINT.[See Attached    U.C.C.    1    "Non-Standard,Non-Negotiable","Warrant    of Attachment","FS 4 Security Agreement/"True Bill".NOTICE IS HEREBY GIVEN that LIEN DEBTORS' has one or more of the assets listed on the attached,above mentioned documents,or valuable properties that are and have become part of and subject to attachment by and through thgis Security (15 U.S.C.) Claim of Commercial Lien and Private   Criminal   Complaint,to   wit:[See   attached   UCC   1,FS 4,Security Agreement/True Bill].

- 3 -

The date of filing this Security (15 U.S.C.) Claim of Commercial Lien,and Private Criminal Complaint,(As established by Return Receipt/Certified Mial Contrcat Number,7006 2150 0001 4064 1089),will be "Prima Facie"evidence of the exercise of the Lien Claimnant's duty to execute the law,and Secured Rights to Distributive and Communicative Justice,and or Interest[s] to and or in said Properties and any Rights pertaining thereto,and further,an admission of guilt and confession of Judgement,and WAIVER of the above named LIEN DEBTORS to any and all "At law" or "Equitable"rights to same property,until judgement is tendered to Lien Claimnant,in Gold or Silver coin of UNITED STATES TREASURY origin,IN FULL,in consideration of the Sum Certain of **One Billion,Five Hundred Million,de jure,"DOLLARS",Lawfull Currency,"Money of Account","Credit",**of UNITED STATES TREASURY ORIGIN,[$1,500,000,000.00],plus costs of litigation,intersts,of 1.5% per month,i.e. 18% per year.

<u>LIEN CLAIMNANT'S CLAIMS AND PRIVATE CRIMINAL COMPLAINT</u>

1.Lien Claimnant Charges that Marcia Waldron,and other Deputy Clerks,for THE UNITED STATES COURT OF APPEALS,FOR THE THIRD CIRCUIT,have continued to turn a blind eye,to Lien Claimnant's filings,even apparently destroying certain filings,and not docketing same.All in violation of their Oaths of Office,and fidicuiary responsibilities.For example,It took from August 04,2007,A.D.up until October 2007,A.D. for Lien Claimnant's Initial Brief to be docketed.

2.Lien Claimnant sought an **EMERGENCY HEARING WITHIN FOURTEEN (14)** DAYS,since July 05,2007,A.D. as to the Issues,of "Trial Counsel" Stephen Brusch's malfeascense;to date **NO HEARING OR RELIEF HAS BEING FORTHCOMING!**

3.Lien Claimnant has repeatedly sought **SEVERANCE,**of his Cause of Action,due to un-necessary delays,by Government,Co-defendant's Attorneys:and even sought Sanctions,against Co-Defendant Dowe's Counsel,which CLERK Denied,WITHOUT AUTHORITY!This constitutes further un-necessary Appellate delay,thereby denying **Speedy Appellate review,as is my RIGHT!!!**

4.Lien Claimnant charges,that Marcia waldron,et al,is fully apprised of the FRAUD,within,this "case",**the existence of an illegal alien on the petit Jury,,the** Surbornation of perjury,of One,Ishmael "Chuku" Brathwaite,Sr.,[See 06-2050(EGS) D.C. DISTRICT COURT],yet continues to support and further fraud.

5.Lien Claimnant Charges,that all of his filings are not being timely filed to deny possibility of review in a timely manner and simply to **EXTORT ILLEGAL PRISON TIME OUT OF LIEN CLIAMNANT,**via the abuse of power,and Fidicuiary responsibility,to continue in

trading in Junk Bonds,attached to the "JUDGEMENT IN A CRIMINAL CASE" as attached to CR-04-05-F-02(JTG).

6.Lien Claimant Charges,that Marcia Waldron,et al,acted and continue to act as Judicial officers,**which they are not**,via failing to file,certain documents,denial of access to the Court,Denial of Substantive Sanction Motion:all denying Lien Claimant immediately due relief,and impinging upon Certain Guaranteed Liberty interests Rights.

7.Lien Claimant charges,that all of the above acts,actions/and or ommissions are a direct result of ongoing despotic Tyranny,heretofore unchecked;as same has being ongoing in a Racketeering Like fashion,from time immemorial.All with the sole intent and purpose to injure and harm lien claimant via continued needless **Illegal Incarceration**,in support in Trading In Junk Bonds,while being Guilty of an **illegal conversion**,**under Uniform Commercial Codes,§ 3-420**.[Having accepted Lien Claimant's Posted Appellate Appearnce Bond,and kept same over the FEDERAL "TRUTHIN LENDING ACT" Regulation Z's three(3) calendar day "Honor" requirement.

    DAMAGES AND STATUTORY FINES INCURRED BY LIEN DEBTORS unlawfull actions and tresspasses on Lien Claimant's Secured Rights have amounted to approximately One Billion Five Hundred Million,'de jure' "DOLLARS",in Gold,Silver,Minted Coin of UNITED STATES TREASURY ORIGIN.($1,500,000,000.00,U.S.). This Security (15 U.S.C) Claim of Commercial Lien and Private Criminal Complaint SHALL BE VALID;any other provisions of Statute or Rule regarding the form and content of a "Notice of Lien"nothwithstanding,nor shall it be disregarded,released,or extinguished,in any manner for **One Hundred years,(100)** without full restitution and tender of payment of the said DEBT,nor extinguishable due to Lien Claimant's death,whether accidental,natural,or purposely brought about,nor dischargeable by lien Claimnant's Heirs,assings,or executors,except upon full,complete and total restitution and payment of the DEBT.

    "All" of the Lien Claimant's costs and disbursements incurred in obtaining redress of grievance,plus interest,are to be added to the afore said sum claimed in 'de jure' "DOLLARS",Gold,Silver,coin minted by the UNITED STATES' Mint,and shall become part of,and included in,this Security (15-U.S.C.) Claim of Commercial Lien;at 1.5% interest per month,i.e. 18%,per year.

NOTICE OF SECURITY (15 U.S.C.) CLAIM OF
COMMERCIAL LIEN AND PRIVATE CRIMINAL COMPLAINT

FLORIDAUCC, Inc.

P.O. BOX 5588

Tallahassee,FL. 32314

### AFFIDAVIT UNDER PENALTY OF PERJURY,(28 U.S.C. § 1746(1))

Russell edouard Donaldson:Robinson®1966,SPC,Pursuant to the HOLY SCRIPTURES,"James Ch. 5,V. 12",and Title 28 U.S.C. § 1746(1):Deposes and States;I am the Lien Claimant,In Re Foregoing Action,"At/In Law";I have written and re-read the contents thereof,and believe the same to be just,true,accurate and complete,to the best of my Knowledge.same is affirmed under the pain,penalties and sanctions of perjury,this January 29,2008,A.D.,at FCI,Miami,in the Country of Florida,Republic of the American States.Affiant further sayeth naught.

**GOD GIVEN SEAL OF**
**AUTHENTICITY;RIGHT**
**THUMB PRINT:**

All Rights Reserved,U.C.C. § 1-308:



Russell Edouard Donaldson:Robinson®1966,SPC
d/b/a,"RUSSELL E.D. ROBINSON"
ENS LEGIS,C/O,U.S. MARSHAL ACCOUNT#04776.094
Pre-Paid Preferred-Stock
Priority-Exempt From Levy
Invoice #7006 2150 0001 4064 1089
FEDERAL CORRECTIONAL INSTITUTION
15801 SW 137th Ave.
Miami, FL. 33177

- 6 -

## TIME LIMITED SETTLEMENT OFFER.

Lien Claimnant hereby declares his willingness to settle with LIEN DEBTORS,in the preceding styled "Action At/In Law",for the exact relief sought,via the various filings,In Re,Appeal Numbers 06-1283[i.e. immediate release on Appellate Appellate Appearance Bond];Dismissal of Cause of Action,In Re 07-2369,based upon Totality of circumstances,stemming from,"Trial Counsel" malfeascense,My December 04,2007,A.D.,Affidavit filed indicating an Illegal Alien on the Jury,along with the Surbornation of perjury,of Mr. Ishmaeh "Chuku" Brathwaite,Sr.;or payment in full of Sum Certain requested,i.e. One Billion five Hundred Million 'de jure' "DOLLARS",of the UNITED STATES,coin,minted of TREASURY origin,Silver or Gold.This "Time Limited Settlement offer",shall **ONLY** be valid if the foregoing stipulations are fulfilled.Additionally,this offer shall **ONLY** be good for Thirty (30) Calendar Days,from date of receipt.**NO FURTHER NOTICE SHALL BE FORTHCOMING!!!**

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

All Righst Reserved
Without Prejudice,U.C.C.§ 1-308:

Russell Edpaurd Donaldson:Robinson®1966, SPC

## NOTICE OF DEMAND

NOTICE IS HEREBY GIVEN OF THE IMMINENT RECORDING OF A PARTICULAR SECURITY (15 U.S.C.) CLAIM OF COMMERCIAL LIEN AND PRIVATE CRIMINAL COMPLAINT:This "Notice Of Lien" is now served upon the LIEN DEBTORS,by Certified Mail Contrcat # 7006 2150 0001 4064 1089;Return Receipt Requested,at:21400 UNITED STATES COURTHOUSE,601 MARKET STREET,INDEPENDENCE MALL WEST,PHILADELPHIA,PA 19106-1790;and is a proper commencement of an "Action In/At law" against LIEN DEBTORS.LIEN DEBTORS has not more than thirty (30)Calendar days from date of receipt (As evidenced by the return receipt) to tender an answer and or rebuttal/or "settlement' as offered herein;to **all** allegations herein,or be found in default.Answer must also be served upon Lien Claimnant,via Certified,Return receipt mail.Should answer not be forthcoming within the time alloted by law,Declatory Judgement will issue,upon which Lien will be executed against **all** property of LIEN DEBTORS.

All Rights Reserved,
Without Prejudice,U.C.C. § 1-308:

Russell Edouard Donaldson:Robinson®1966,SPC

- 8 -

Pay To The United States Traesury:          E.I.N.# 580195059
                    MONEY ORDER:
ONE BILLION FIVE HUNDRED & SEVENTY FOUR MILLION U.S. DOLLARS,
[U.S.$1,574,000,000.00/100], FLAGED IN COMMERCE AS PER AGREEMENT OF PARTIESS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION


UNITED STATES OF AMERICA

    Plaintiff

v.                                          Case No. 4:09cv15/RH/WCS

FLORIDAUCC INC.
and
RUSSELL EDOUARD DONALDSON ROBINSON

    Defendants

_____

## MOTION FOR SUMMARY JUDGMENT

    Comes now the Federal Defendant and pursuant to Rule 56, Fed. R. Civ. P.,

moves for summary judgment on the grounds that there is no triable issue of material

fact and that the United States is entitled to judgment as a matter of law.  In support of

said motion, below is the government's memorandum.

    Applicable Legal Standard

    In the instant case, the United States has filed a complaint seeking injunctive

relief.  See complaint, ¶ 6, 7.  The United States, in its complaint, alleges that the

Defendant Robinson fraudulently and falsely filed financing statements in the State of

Florida public records against its employees,  Marcia M. Waldron, Clerk of Court for the

United States Court of Appeals for the Third Circuit and Shannon L. Craven, Deputy Clerk of Court for the United States Court of Appeals for the Third Circuit which has harmed Marcia M. Waldron and Shannon L. Craven, as the statements are untrue and have adversely affected each's credit ratings.   The United States now seeks summary judgment.

Rule 56(c) of the Federal Rules of Civil Procedure states that summary judgment "*shall* be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." (Emphasis added).  In *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986), the Supreme Court wrote that "the plain language of Rule 56(c) *mandates* the entry of summary judgment, after adequate time for discovery and upon motion, against a party who fails to make a showing sufficient to establish the existence of an essential element to that party's case, and on which that party will bear the burden of proof at trial."  477 U.S. at 322 (Emphasis added).

The inquiry performed by a court deciding a motion for summary judgment is the threshold inquiry of determining whether there is *any* need for a trial – whether, in other words, there are any genuine factual issues that properly can be resolved only by a finder of fact because they may reasonably be resolved in favor of either party. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 250 91986).  See *Mulhall v. Advance Security, Inc.*, 19 F.3d 586 (11th Cir. 1994) ("On a motion for summary judgment, the court must access the

proof in order to see whether there is a genuine need for a trial"), <u>citing</u> *Masushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986).

A party opposing summary judgment is therefore required to show that a trial is necessary before the case can be decided. Thus, in order to avoid summary judgment, both the Defendant Robinson and the Defendant FloridaUCC, Inc. need to point to evidence with sufficient probative force to allow a finding in either favor, thereby requiring a trial before a fact finder. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. at 251, <u>citing</u> *Improvement Co. v. Munson*, 81 U.S. (14 Wall.) 422, 448 (1872). <u>See also</u> *Brown v. American Honda Motor Company, Inc.*, 939 F.2d 946, 950 and 953 (11th Cir. 1991), *cert. denied*, 112 S. Ct. 935 (1992); *Grigsby v. Reynolds Metals Co.*, 821 F.2d 590, 595-96 (11th Cir. 1987).

### a.    Facts

The Defendant Robinson is a federal prisoner who has filed a number of pleadings with the Third Circuit Court of Appeals since approximately 2000. Statement of Facts (SOF), ¶ 2. His latest involvement before the Third Circuit was his appeal from his conviction in the District Court of the Virgin Islands in Case No. 07-2369. SOF, ¶ 1. In that case, the Defendant Robinson had his attorney dismissed and proceeded pro se thereafter. <u>Id</u>. Third Circuit records reflect that since approximately 2000, the Defendant Robinson has been involved in some capacity with eleven (11) cases filed in the Third Circuit Court of Appeals, involving direct criminal appeals, mandamus actions, and appeals in civil rights cases. SOF, ¶ 2,3. The Defendant has lost most of those appeals.

3

*Id.*

Marcia Waldron is employed as the Clerk of Court for the United States Court of Appeals for the Third Circuit. SOF, ¶ 4.  Shannon Craven is employed as the Deputy Clerk for the Third Circuit. SOF, ¶ 5.  During the course of their duties, they have been involved with the Defendant's Robinson's Appeals and from time to time, have had to communicate to the Defendant Robinson. *Id.*

The Defendant, Florida UCC, Inc., is a corporation incorporated in the State of Florida, which contracts with the State of Florida to maintain the Florida Secured Transaction Registry (Registry) wherein the Defendant Florida UCC, Inc., accepts Uniform Commercial Code filings, including financing statements, records them and makes such filings available to the public by on-line access through computer terminals. SOF, ¶ 6.  The Registry is maintained by the State of Florida as part of its comprehensive scheme for the regulations of security transactions pertaining to personal property (Code) within the State of Florida.  SOF, ¶ 7.  Florida law defines a "financing statement" to be any filed record relating to the initial financing statement.  SOF, ¶ 8.

The State of Florida has adopted a system of notice filing in order to perfect an interest in personal property.  SOF , ¶ 10. The purpose of a financing statement is to give notice to all interested parties that someone claims a secured interest in the personal property listed. SOF, ¶ 12.   A financing statement is sufficient to provide notice to all who intend to enter into a financial relationship with the debtor that there is a claim on the debtor's property if the statement contains the name of the creditor, the debtor, and a

4

description of the property. SOF, ¶ 12.  The required notice is the filing of a financing

statement with the Registry.  Id.  Upon the filing a such a statement anyone dealing with

the debtor as identified in the filing is required to contact the secured creditor to ascertain

the correctness of the claim or, failing that, can lose any priority in interest. Id  The filing

creates a cloud upon the alienability and title of the Debtor's personal property.  Id.

While earlier versions of the Code required the debtor to execute the financing statement,

this requirement was removed to encourage paperless filings.  SOF, ¶11.  While a person

may file a financing statement *only if* the debtor authorizes such a filing, there is no

statutory mechanism to safeguard an individual from fraudulent filings.  FloridaUCC,

Inc.'s answer, document 8, SOF, ¶ 13.

On or about March 10, 2008, the Defendant Robinson caused to be filed an initial

Financing statement with the Registry wherein the Defendant claimed a security interest

in all personal property of Marcia Waldron and Shannon Craven securing a debt owed

him in the amount of $1, 500,000,000.00.  SOF, ¶ 17.  It was accepted by the defendant

FloridaUCC, Inc., assigned number 200807827329, and was made available on line

indexed under the names Marcia Waldron and Shannon Craven.  Id.  In that financing

statement the defendant Robinson referred to the existence of a security agreement

creating said interest.  Id.

Notwithstanding that representation, neither Marcia Waldron nor Shannon Craven

have any financial relationship with the defendant Robinson, have not authorized the

filing of said financing document, and have not created any financial relationship

whatsoever with the Defendant Robinson. SOF, ¶19.  Any assertions to the contrary are false and fraudulent. Id.

On or about May 19, 2008, the defendant filed a financing statement amendment with the Defendant FloridaUCC, Inc., referencing the initial financing statement identified above, securing a debt in the amount of $ 74,000,000.00 and purporting to add security. SOF, ¶20  See also answer of FloridaUCC, Inc., ¶ 10.  Again, notwithstanding that representation, neither Marcia Waldron nor Shannon Craven have any financial relationship with the defendant Robinson, have not authorized the filing of said financing document, have created no security document and do not owe the Defendant Robinson any money.  SOF, ¶ 22.  Any assertions to the contrary are false and fraudulent. SOF, ¶ 21.  There exist no debtor/creditor relationship between Waldron and Craven and the Defendant Robinson that would authorize or justify the defendant Robinson's filing of the financing instruments identified above.  SOF, ¶ 23.

On February 11, 2008, the Defendant Robinson filed a response styled a "Response Via Writ Praecipe.  See Document 5.  In that document, the Defendant Robinson appears to be acknowledging that he, in fact, filed the statements identified above but is asserting that this Court has no personal or subject matter jurisdiction to entertain the suit.[1]  See response, p. 2, ¶ 4, p. 3. ¶ 6.  On March 11, 2009, the Defendant

---

[1]In truth, much of what the Defendant Robinson writes in his response is gibberish and is not based in fact or law. While counsel may be mistaken, based on previous experience, Government counsel believes that the Defendant is asserting that he is a "sovereign person"over whom neither the United States nor this Court has  jurisdiction and that the United States of America has  only the authority to deal with him, as an equal, in "common courts of law" based

FloridaUCC, Inc., filed an answer acknowledging the existence of the filings described above but denying any responsibility to protect those whose credit is slandered by false and fraudulent filings, and asserts, as an affirmative defense, that it has no ability to expunge or destroy public records but can remove them of record.  See Document 8.

## ARGUMENT

The pleadings in the instant case raise four issues; whether this court has personal and subject matter jurisdiction; whether the government has stated a cause of action upon which relief may be granted; whether this Court can fashion relief for the government's employees in the form of affirmative injunctions in order to undo the intentional harm done by the Defendant Robinson, and whether this Court can require the Defendant Florida UCC, Inc., to take affirmative steps to correct the registry.   Each issue will be addressed under separate heading.

### 1.      The Court has both subject matter and personal jurisdiction

#### a.      Personal jurisdiction

The easiest question to resolve is whether this Court has personal jurisdiction over the parties.  The answer is, notwithstanding the Defendant Robinson's curious assertions, both parties have been served and both parties have answered, thereby establishing the Court's personal jurisdiction over the defendants.  See returns of service, Documents 4, 6.  Likewise venue exists as the incidents complained of occurred in

---

on "Federal Commercial law" as found in the Commerce Clause of the United States Constitution. As noted by the District court in the Middle District of Alabama, such efforts are simply not authorized by law.  *U.S. v. MacElvain,* 858 F.Supp. 1096, 1100 (M.D.Ala.,1994).

Tallahassee, within the Northern District of Florida. Title 28, United States Code, Section 1391 (b). This Court has personal jurisdiction over the parties and the venue lies in the Northern District of Florida

### b. Subject Matter jurisdiction

The Defendant Robinson also asserts that this Court does not have subject matter jurisdiction, apparently laboring under the personal belief that this Court can't have subject matter jurisdiction. See response, page 1, ¶ 1. In its complaint, the United States asserted that this Court has jurisdiction pursuant to the provisions of Title 28, United States Code, Section 1345 and 1346 (b)(1). § 1345 is a grant of general subject matter jurisdiction when the United States is the plaintiff. It has no stated limitations. Moreover, other statutes clearly recognizes the Court's jurisdiction. See, as examples, Title 28, United States Code, Section 1346 (b)(1),(2) (subject matter jurisdiction where the government or its employees are defendants) and Title 28, United States Code, Section 1442 (removal of cases brought against federal employee from state court to federal court). It would appear incongruous for this Court to have subject matter jurisdiction only where the government's employee is sued in a state court but not when a federal employee is the subject of harassment in the form of fraudulent liens.

While the undersigned has been unable to find controlling case law, those courts which have addressed the question have found subject matter jurisdiction. See *United States v. MacElvain*, 858 F. Supp. 1096 (M.D. Ala. 1994), affirmed, 68 F.3d 486 (11th Cir. 1995)(voiding lien, expungement, and permanent injunction), *Monroe v. Beard*, 536

F.3d 198, 203 (3rd Cir. 2008), *United States v. McKinley,* 53 F.3d 1170 (10th

Cir.1995)(affirming order declaring false commercial lien, filed by defendant-inmate

against prosecutor and judge, "null, void and of no legal effect"); *United States v. Martin,*

356 F.Supp.2d 621 (W.D.Va.2005)(granting government's request for civil injunctions

and monetary damages against defendant-inmates who filed false commercial liens

against judges and prosecutors); *United States v. Orrego,* No. 04-CV-0008SJ, 2004 WL

1447954  (E.D.N.Y. June 22, 2004)(granting injunction and an award of money damages

in civil action brought by the government against defendant-inmates who filed fraudulent

liens against judge as retribution for using inmate's "copyrighted" name); *United States v.*

*Anderson,* No. 97C821, 1998 WL 704357 (N.D.Ill. Sept.25, 1998)(granting declaratory,

injunctive and monetary relief for government in action against defendant-inmate who

filed commercial liens against judge, prosecutor, and his public defender).  As noted by

the Southern District in *U.S. v. Barker*, 19 F.Supp.2d 1380, 1383 (S.D.Ga.,1998):

> It is by now established beyond dispute that the United States may request
> the assistance of Article III courts to protect its officials from attempts at
> harassment, intimidation, and extortion in the form of "liens" commonly
> filed by tax protesters and prisoners. Every court to consider the validity
> of such documents has held them invalid. (Citations omitted.)

Moreover, this Court is empowered to act pursuant to the provisions of Title 18,

United States Code, 1345, to grant injunctions to enjoin fraud, where appropriate.

Thus, it is clear that this Court has subject matter jurisdiction.

**2.      The government has set out a cause of action upon which relief may
be granted.**

If one construes the Defendant Robinson's response to be a motion to dismiss for

a failure to state a cause of action, the Defendant's effort fails. In reviewing a motion to dismiss pursuant to Rule 12(b)(6), the court must view the complaint in the light most favorable to the plaintiff. See *Jenkins v. McKeithen,* 395 U.S. 411, 421-22, 89 S.Ct. 1843, 1848-49, 23 L.Ed.2d 404 (1969). Further, the court may only grant such a motion where "it appears beyond doubt that the plaintiff can prove no set of facts in support of his claim which could entitle him to relief." *Conley v. Gibson,* 355 U.S. 41, 45-46, 78 S.Ct. 99, 102, 2 L.Ed.2d 80 (1957). In determining the facts for purposes of such a motion, the court must, "at this stage of the litigation, ... accept [the plaintiff's] allegations as true." *Hishon v. King & Spalding,* 467 U.S. 69, 73, 104 S.Ct. 2229, 2232, 81 L.Ed.2d 59 (1984).

The government in its instant complaint asserts that the Defendant Robinson has intentionally filed false and fraudulent liens against federal employees, to cause harm, either for the purpose of harassing the employees or as retaliation for those employees performing those duties. The facts fully support this allegation. SOF ¶ 17, 18, 19, 20, 21. Thus, the government asserts that the Defendant Robinson has committed what would be the common law tort of slander of title/credit, which is actionable. In *Caldwell v. Personal Finance Co.,* 46 So.2d 726 (Fla.1950) the Florida Supreme court recognized slander of credit as a cause of action, the element of which were 1) the defendant willfully and maliciously made a false statement to another 2) regarding the plaintiff's indebtedness, 3) which statement was known by the defendant to be false when made, and 4) was made with the intent of preventing the plaintiff from procuring credit. *Id.* at

10

727. See also; *Musto v. Bell South Telecommunications Corp.* 748 So.2d 296, 297

(Fla.App. 4 Dist.,1999). The law is also clear in Florida that disregard for the truth in

reporting a credit transaction, especially when coupled with the failure to correct the

inaccuracies, constitutes libel per se. See *Vinson v. Ford Motor Credit Company*, 259

So.2d 768 (Fla.App.1st, 1972). Moreover, it is clear in the State of Florida that where

words are libelous per se, malice is presumed as a matter of law. See *Johnson v. Finance*

*Acceptance Company of Georgia*, 118 Fla. 397, 159 So. 364 (1935) and *Matthews v.*

*Deland State Bank,* 334 So.2d 164, 166 (Fla.App. 1976).

**3.       This Court can provide injunctive relief.**

Every federal court which has been faced with the problem presented in this case,

a prisoner filing of a fraudulent lien, has recognized the power of the court to enter

affirmative injunctive relief upon the finding of the existence of several elements.   See,

as an example, *United States v. McKinley,* 53 F.3d 1170, 1171-72 (10th Cir.1995). A

party moving for a permanent injunction must show the following: (1) some actual

danger of a recurrent violation and not simply a possibility of a future violation; (2)

substantial threat that the movant will suffer irreparable injury if the injunction is denied;

(3) that the threatened injury outweighs any damage that the injunction might cause the

defendant; and (4) that the injunction will not be a disservice to the public interest. See,

generally, *Shanks v. City of Dallas,* 752 F.2d 1092, 1096-97 (5th Cir.1985). Applying

this to the facts of this case it is very clear that the Defendant is but a small but growing

group of prisoners who abuse legal process in order to retaliate against those employees

11

to, in the performance of their jobs, necessarily "cross" these prisoners.  Injunctive relief

is appropriate upon a showing of irreparable harm.  <u>See</u> *United States v. McKinley,* 53

F.3d 1170, 1171-72 (10th Cir.1995), *U.S. v. Bey* 1998 WL 384289, 1 (6th Cir. 1998).  As

noted by the Third Circuit in *Monroe v. Beard* 536 F.3d 198, 203 (3rd Cir. 2008):

> In federal criminal and civil prosecutions of inmates filing false
> commercial liens against prosecutors, judges, corrections officers and
> other government employees, courts have uniformly declared those liens
> null and void. *See, e.g., United States v. Joiner,* 418 F.3d 863 (8th
> Cir.2005)(affirming judgment of conviction of conspiracy to injure a
> judicial officers in their property and to intimidate judicial officers in the
> discharge of their duties against defendant-inmates who filed false UCC
> liens against judges and prosecutors); *United States v. Speight,* 75
> Fed.Appx. 802 (2d Cir.2003)(affirming judgment of conviction against
> defendant-inmates claiming that government officials owed them multi-
> million dollar debts and filing fraudulent liens to obtain those "debts");
> *United States v. McKinley,* 53 F.3d 1170 (10th Cir.1995)(affirming order
> declaring false commercial lien, filed by defendant-inmate against
> prosecutor and judge, "null, void and of no legal effect"); *United States v.
> Martin,* 356 F.Supp.2d 621 (W.D.Va.2005)(granting government's request
> for civil injunctions and monetary damages against defendant-inmates
> who filed false commercial liens against judges and prosecutors); *United
> States v. Orrego,* No. 04-CV-0008SJ, 2004 WL 1447954 (E.D.N.Y. June
> 22, 2004)(granting injunction and an award of money damages in civil
> action brought by the government against defendant-inmates who filed
> fraudulent liens against judge as retribution for using inmate's
> "copyrighted" name); *United States v. Anderson,* No. 97C821, 1998 WL
> 704357 (N.D.Ill. Sept.25, 1998)(granting declaratory, injunctive and
> monetary relief for government in action against defendant-inmate who
> filed commercial liens against judge, prosecutor, and his public defender).

536 F.3d at 203.

Indeed, in the unreported case of *Gibson v. Crist,* 2007 WL 2257522, 1 -2 (N.D.Fla.,2007)

a Magistrate Judge of this Court recognized the propriety of judicial action, noting:

> The abusive practice of prisoners filing baseless liens and/or UCC
> financing statements for the purpose of harassment and credit impairment

12

of the alleged debtor (almost always a state or federal official involved with securing the prisoner's incarceration) is well documented. (Citations omitted.)

Directly put, the Defendant Robinson's common law theory of right simply does not exist.  As noted by the Tenth Circuit in the *McKinley* Case:

> To read these documents ... is to recognize the fundamental frivolity of the legal tenets espoused therein. We are not familiar with a citizen-customer's authority to exact a consensual commercial lien from a public official, but it is a power that has no mooring in either federal or state law.

53 F.3d at 1171-72.

### 4.     The grounds for affirmative injunctive relief exists.

Perhaps the best statement concerning the propriety of court action under such circumstances as set out above comes from the Southern District of Georgia in the unpublished case of *U.S. v. Gordon* 2006 WL 2724908, 3 (S.D.Ga.,2006), where that Court noted:

> It is by now established beyond dispute that the United States may request the assistance of Article III courts to protect its officials from attempts at harassment, intimidation, and extortion in the form of 'liens' commonly filed by ... prisoners." *United States v. Barker*, 19 F.Supp.2d 1380, 1383 (S.D.Ga.1998). Many courts have considered "liens" identical to those at issue in the instant case, and in each instance the courts have found such purported "liens" to be invalid. See, e.g., *United States v. McKinley*, 53 F.3d 1170, 1171-1172 (10th Cir.1995); *United States v. Reeves*, 782 F.2d 1323, 1326 (5th Cir.1986); *Ryan v. Bilby*, 764 F.2d 1325, 1327 (9th Cir.1985); *United States v. Davis*, 2006 WL 2238457, *2 (E.D.Tex.2006). In all of the cases involving such "liens," prisoners have attempted to exact revenge on the public officials that the prisoners hold accountable for their incarceration, and each court has recognized the absurdity and maliciousness of such a practice. In fact, one court has commented that "[t]o read these documents ... is to recognize the fundamental frivolity of the legal tenets espoused therein. We are not familiar with a citizen-customer's authority to exact a consensual commercial lien from a public

13

official, but it is a power that has no mooring in either federal or state law." McKinley, 53 F.3d at 1171-72.

This Court has previously addressed similar baseless "liens" filed by federal inmates and has found them void and with no legal effect. See United States v. Barker, 19 F.Supp.2d 1380 (S.D.Ga.1998). In Barker, the Court explained that in the "ridiculous world of these defendants, any federal official who rules against the defendants or who takes a position adverse to the defendants has breached his duty to the public and can be sued under [a] mysterious social contract." Id. at 1383. The defendants in Barker, as the defendants in the instant case, filed "liens" against various federal officials, including judges, prosecutors, and anyone else believed to have wronged them in some way, but provided "no statutory, constitutional, or common law support for the validity of these purported liens." Id. The Court thus found that the practice of filing such liens "unduly interfer[ed] with the government's ability to perform its duties," since "[p]ublic officials subject to harassing and malicious filings such as the liens at issue in this case cannot effectively perform their duties." Id. at 1384.

In the instant case, like so many of the cases cited above, the Defendant Robinson, in an apparent effort to "punish" federal employees for doing their jobs, has filed financing statements against them in the public records of the State of Florida. Their very existence causes undue interference with the government's ability to perform its duties as it distracts federal employees subject to such liens from the conduct of their duties. Further, the Defendant Robinson, in filing a successive amended statement has demonstrated his intent to continue these abusive filings against these employees and others. Not only should this Court act to declare that the existing liens to be null and void, but it should go further and stop the individual defendant from continuing such harassment by enjoining him from doing so. As noted by the District Court for the Southern District of Louisiana in U.S. v. Bellazerius, 2006 WL 2631937, 5 (E.D.La.,2006):

14

Federal courts have both the inherent power and the constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions. If such power did not exist, or if its exercise were somehow dependent upon the actions of another branch of government or upon the entitlement of a private party to injunctive relief, the independence and constitutional role of the Article III courts would be endangered.

*In re Martin-Trigona*, 737 F.2d 1254, 1261 (2d Cir.1984). Under such circumstances, a federal court may issue a broad injunction to prevent future harassment. Id.; see also *Barker*, 19 F.Supp.2d at 1385. Accordingly, in addition to invalidating the existing documents, the Court may enjoin the filing or transmitting of any documents purporting to attach or otherwise encumber any assets of any former or current federal official or employee. *Barker*, 19 F.Supp.2d at 1385.

### 5. The Defendant FloridaUCC, Inc., has not demonstrated any reason to deny the relief requested.

The Defendant FloridaUCC, Inc., has answered. <u>See</u> Document 8. In its answer,

it asserts that it is a contract vendor for the State of Florida charged with the

responsibility of maintaining the Registry. <u>Id</u>. It further asserts that there is no Florida

law that would permit expungement of the records as requested by the government in its

complaint. *Id*. The Defendant FloridaUCC, Inc., appears to recognize that this court has

the power to fashion some form of relief. It certainly has not suggested that as a contract

vendor, it enjoys as immunity from suit or that it is impossible for the Defendant

FloridaUCC, Inc., to provide the relief requested. Indeed, it would appear that the

Defendant's position is incorrect in that there are recognized filing forms, such as a

notice of cancellation, available to provide the relief requested and the Defendant

acknowledges that it can remove the record but can not "expunge" the record.

Accordingly, the entry of a notice indexed under the names of the federal employees

15

containing a statement such as *"The United States District Court for the Northern District of Florida have found the financing instruments to be null, void, and of no effect"* in necessary for full relief.

Further, the Defendant FloridaUCC, Inc., does not suggest [nor can it] that it does not have the ordinary duty of reasonable care in the exercise of its duties required of everybody. It is axiomatic that, as any entity, based on the facts known to the Defendant, the Defendant must exercise that duty of care necessary to insure that the innocent are not harmed by its conduct. That is also implicit in the state statute. See F.S. § 679.510 (A financing statement is effective only to the extent it was filed by a person authorized to file.). It would appear inconsistent to state that a improperly filed financing statement has no effect and then have no mechanism to remove such an instrument. In any event, there is no limitation on the power of this Court to correct the harm done.

**6.     Conclusion**

Based on the foregoing, the government moves for summary judgment and an order from this Court proving the following relief:

a. a finding the financing instruments filed by the Defendant Robinson against Marcia Waldron and Shannon Craven to be null, void, and of no effect whatsoever;

b. As to the Defendant FloridaUCC, Inc., a finding that the exists no financial relationship between Marcia M. Waldron and Shannon Craven and the Defendant Robinson and the filings identified as exhibits 1 and 2 are false and fraudulent and their continuing publication by the Defendant Florida UCC, Inc., is improper; and entering an

16

affirmative injunction;

- enjoining the Defendant, FloridaUCC, Inc, from continuing to publish said notices; enjoining the Defendant, FloridaUCC, Inc, from accepting any further filings from Defendant Robinson, or those who either act on his behalf or through him, without further order from this Court;

- requiring said defendant, FloridaUCC, Inc, to search its registry to insure that all filings against Marcia M. Waldron and Shannon Craven are removed;

- requiring the Defendant, FloridaUCC, Inc., to either place a notice in its files as suggested above or respond to any inquiries from the public at large about any filings against Marcia M. Waldron and Shannon Craven by the Defendant Robinson by a written statement declaring the fraudulent and false nature of such filings;

- requiring the Defendant, FloridaUCC, Inc, to disclose any new filings made by the Defendant Robinson to the United States Attorney for the Northern District of Florida without delay; and

c.  As to the Defendant Robinson, that the Court enter an order against the Defendant Robinson finding that the documents set out in exhibit 1 and 2 are false and fraudulent; finding that  Marcia M. Waldron and Shannon Craven have no financial relationship of any nature with the Defendant Robinson and therefore have no debt or other obligation, of any nature, owed the Defendant Robinson; and entering an

17

affirmative injunction;

- permanently enjoin the Defendant Robinson from filing or attempting to enforce said claims in any manner whatsoever, without a prior order from this Court;

- permanently enjoining the Defendant Robinson from filing or attempting to file, directly or through the services of others, any new financing statements, notices of indebtedness, claims or purported liens, of whatever nature, either with the Defendant FloridaUCC, Inc., any federal agency, any State of Florida agency, or any of the counties maintaining recording registries, all other state or local debt registry, and any private registry or clearinghouse of debt information, without first obtaining leaver of this Court authorizing such effort.

WHEREFORE, based on the above, the government prays for the entry of summary judgment in favor of the government and against the defendants.

Respectfully submitted,

THOMAS F. KIRWIN
United States Attorney


/s/  Benjamin W. Beard
BENJAMIN W. BEARD
Florida Bar No.0145746
Asst. U. S. Attorney
21 East Garden Street
Pensacola, FL  32502
850-444-4000


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion For Summary Judgment

was served by first class mail on Pro Se Russel Edouard Donaldson Robinson, at his address

of record, Reg. No. 04776-094, FCI Jesup, Federal Correctional Institution, 2680 301 South

Jesup, Georgia 31599 and Larry Simpson, Esq., Attorney for defendant FLORIDAUCC,

INC., at his address of record , P. O. Box 10368, Tallahassee, Florida 32302, this March 16,

2009.

/s/ Benjamin W. Beard
BENJAMIN W. BEARD
Assistant U.S. Attorney

19

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

vs                             Case No. 4:09cv15/RH/WCS

FLORIDAUCC, INC.,
and
RUSSELL EDOUARD DONALDSON ROBINSON,

       Defendants.

_____

**GOVERNMENT'S STATEMENT OF MATERIAL FACTS RELIED
UPON IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 56.1 (A), the United States submits the following

statement of material facts as to which there are no dispute in support of its motion for

summary judgment.

1.  The Defendant, Russell Edouard Donaldson Robinson is a convicted felon

who was convicted after trial in the United States District Court for the District of the

Virgin Islands in Case No. 07-2369.  See *United States v. Fleming*, 287 Fed. Appx. 150

(3rd Cir. 2008), Exhibits 1, 2.

2.  Since 2000, the Defendant Russell Edouard Donaldson Robinson has been

involved in a number of matters filed with the Third Circuit Court of Appeals. See

Declaration of Marcia Waldron, Exhibit 1, and Declaration of Shannon Craven, Exhibit

2.

    3. Many of Defendant Robinson's pleadings have been filed *pro se* and involved a number of different type actions including direct criminal appeals, mandamus actions, and appeals in civil rights cases. See Exhibits 1, ¶4, 2,¶ 4. Most have not been successful. See *United States v. Fleming*, 287 Fed. Appx. 150 (3rd Cir. 2008), *In Re Robinson*, 230 Fed. Appx. 204 (3rd Cir. 2007), *In Re Robinson*, 168 Fed. Appx. 497 (3rd Cir. 2006), *In Re Robinson*, 132 Fed. Appx. 418 (3rd Cir. 2006), *United States v. Hendricks*, et al, 395 Fed. 3d. 173 (3rd Cir. 2005), *U.S. v. One "Piper" Aztec "F" De Luxe Model 250 PA 23 Aircraft Bearing Serial No. 27-7654057,* 321 F.3d 355 (3rd Cir.2003), and *U.S. v. Robinson*, 263 F.3d 160 (3rd Cir. 2001)(Table).

    4. Marcia Waldron, employed by the United States, is the Clerk of Court for the United States Court of Appeals for the Third Circuit and as such, has the responsibility, directly and through her deputy clerks, of properly docketing submissions by parties before the United States Court of Appeals for the Third Circuit and further has the responsibility, either directly or through deputy clerks, of communicating to parties from time to time, including *pro se* appellants. See Exhibit 1, ¶ 1, 2.

    5. Shannon Craven, employed by the United States, is the Deputy Clerk of Court for the United States Court of Appeals for the Third Circuit and as such has been assigned the responsibility of properly docketing submissions made by Defendant Robinson in one or more of Defendant Robinson's appellate matters and, when circumstances required, further had the responsibility of forwarding information about

the action taken by the Third Circuit Court of Appeal, under the name of Marcia Waldron, the Third Circuit Clerk of Court. *See* Exhibit 2, ¶ 1, 2.

6.   The Defendant, Florida UCC, Inc., is a corporation incorporated in the State of Florida, which contracts with the State of Florida to maintain the Florida Secured Transaction Registry (Registry) wherein the Defendant Florida UCC, Inc., accepts Uniform Commercial Code filings, including financing statements, records them and makes such filings available to the public by on-line access through computer terminals.

7.   The Registry is maintained by the State of Florida as part of its comprehensive scheme for the regulations of security transactions pertaining to personal property (Code) within the State of Florida. <u>See</u> F.S. § 679.1011, Commentary 1.

8.   The Code defines a "financing statement" to be any filed record relating to the initial financing statement. <u>See</u> F.S. § 679.1021 (mm).

9.   The Code further defines an Account debtor to be a person obligated on an account. <u>See</u> F.S. § 679.1021 (c).

10.   The State of Florida has adopted a system of notice filing in order to perfect an interest in personal property. <u>See</u> § 679.5021, Comment 2.  The required notice is the filing of a financing statement with the Registry. <u>Id</u>.  Upon the filing of such a statement, anyone dealing with the debtor identified in the filing is required to contact the secured creditor to ascertain the correctness of the claim or, failing that, can lose any priority in interest. <u>Id</u>  The filing creates a cloud upon the alienability and title of the Debtor's personal property. <u>Id</u>.

3

11. Earlier versions of the Code required the debtor to execute the financing statement but this requirement was removed to encourage paperless filings. See F.S. § 679.5021, Comment 3.

12. The purpose of a financing statement is to give notice to all interested parties that someone claims a secured interest in the personal property listed. See § 679.5021, *Matter of Glasco, Inc.*, 642 F.2d 793 (11th Cir. 1981). A financing statement is sufficient to provide notice to all who intend to enter into a financial relationship with the debtor that there is a claim on the debtor's property if the statement contains the name of the creditor, the debtor, and a description of the property. See F.S. § 679.5031.

13. A person may file a financing statement *only if* the debtor authorizes such a filing. See F.S. § 679.509(1)(a).

14. A financing statement may be amended. See F.S. § 679.512.

15. Communication to a filing office such as the Registry and acceptance by that office constitutes a filing. See F.S. § 679.516 (1).

16. The filing office has the power to refuse to accept a proffered filing under certain situations. See F.S. § 679.516 (2).

17. On or about March 10, 2008, Defendant Robinson caused to be filed an initial Financing statement with the Registry wherein the Defendant claims a security interest in all personal property of Marcia Waldron and Shannon Craven securing a debt owed him in the amount of $1,500,000,000.00. It was accepted by the defendant FloridaUCC, Inc., assigned number 200807827329, and was made available on line

indexed under the names Marcia Waldron and Shannon Craven.  See initial financing statement, Exhibit 3.

18.  In that financing statement defendant Robinson referred to the existence of a security agreement creating said interest.  Id.

19.  Neither Marcia Waldron nor Shannon Craven have any financial relationship with Defendant Robinson, have not authorized the filing of said financing document, have created no security document and any assertions to the contrary are false and fraudulent. See Exhibits 1, ¶ ,  2, ¶ .

20.  On or about May 19, 2008, Defendant filed a financing statement amendment with the Defendant FloridaUCC, Inc., referencing the initial financing statement identified in ¶ 17, above, securing a debt in the amount of $ 74,000,000.00 and purporting to add security.  See Exhibit 4.  See also answer of FloridaUCC, Inc.

21.  Neither Marcia Waldron nor Shannon Craven have any financial relationship with  Defendant Robinson, have not authorized the filing of said financing document, have created no security document and any assertions to the contrary are false and fraudulent. See exhibit 1, ¶ 5, 6, Exhibit 2, ¶ 5, 6.

22.  There exist no debtor creditor relationship that would authorize or justify Defendant Robinson's filing of the financing instruments identified above.

Respectfully Submitted;

THOMAS F. KIRWIN
UNITED STATES ATTORNEY

/s/ *Benjamin W. Beard*
BENJAMIN W. BEARD
Assistant United States Attorney
Florida Bar No.0145746
21 East Garden Street
Pensacola, FL 32502
850-444-4000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion For Summary

Judgment was served by first class mail on Pro Se Russel Edouard Donaldson Robinson,

at his address of record, Reg. No. 04776-094, FCI Jesup, Federal Correctional Institution,

2680 301 South Jesup, Georgia 31599 and Larry Simpson, Esq., Attorney for defendant

FLORIDAUCC, INC., at his address of record , P. O. Box 10368, Tallahassee, Florida

32302, this March 16, 2009.

/s/ *Benjamin W. Beard*
BENJAMIN W. BEARD
Assistant U.S. Attorney

6

# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

     **Plaintiff**

**v.**                                         **Case No.** 4:09cv15/RH/WCS

**FLORIDAUCC INC.**
**and**
**RUSSELL EDOUARD DONALDSON ROBINSON**

     **Defendants**

---

### DECLARATION OF MARCIA M. WALDRON

     I, Marcia M. Waldron, recognizing that said statement is being made under penalty of perjury, do hereby declare that the following statements is true and correct to the best of my knowledge and belief.

     1.     I am employed as the Clerk of Court for the United States Court of Appeals for the Third Circuit and am the person who is the subject of the Uniform Commercial Code Financing Statement document filed by the defendant **RUSSELL EDOUARD DONALDSON ROBINSON** with the Defendant FLORIDAUCC, Inc.

     2.     As part of my duties as Clerk of Court for the United States Court of Appeals for the Third Circuit, I have the responsibility, directly and through my deputy clerks, of properly docketing submissions by parties before the United States Court of Appeals for the Third Circuit

and further have the responsibility, either directly or through my deputy clerks of communicating to parties.

3,      So far as I am aware, I never had any direct contact other than a letter which I wrote to the defendant in February of 2008 in response to a letter he addressed to me. The Third Circuit records reflect that the Defendant Robinson was involved as a defendant in an appeal from his conviction in the District Court of the Virgin Islands in Case No. 07-2369. In that case, the Defendant Robinson had his attorney dismissed and proceeded pro se thereafter. Upon the Court of Appeals affirming the Defendant's Conviction, he petitioned for Rehearing En Banc which was denied.

4.      Third Circuit records reflect that since approximately 2000, the Defendant Robinson has been involved in some capacity with eleven (11) cases filed in the Third Circuit Court of Appeals, involving direct criminal appeals, mandamus actions, and appeals in civil rights cases.

5.      So far as I am aware, I have never personally met or talked to the defendant Robinson. I have never requested that he perform any services for me and have never contracted with him in any manner, formally or informally.

6.      I have never engaged in any voluntary financial relationship with the Defendant Robinson and have never borrowed any money from the Defendant.

7.      I do not owe the Defendant Robinson anything of value whatsoever and specifically do not owe him either $500,000,000.00 or $74,000,000.00 as he has reported to the FloridaUCC, Inc.

8.      I have not authorized the Defendant Robinson to file anything with the

2

FloridaUCC, Inc. or any other agency whatsoever.

9.      The filings attached hereto as exhibit 1 were never authorized by me, are

fraudulent, and an apparent effort to ruin my credit rating.

10.      There exists no valid financial relationship of any nature between me and the

Defendant Robinson that would justify or allow the Defendant Robinson filing the financing

documents identified in Exhibit 1.

11.      I am personally aware of the above made statement and am competent to testify to

same.

Pursuant to 28 U.S.C. 1746, I declare the foregoing is true and correct under the penalty

of perjury.

Marcia M. Waldron
Clerk of Court
United States Court of Appeals
for the Third Circuit


March 12, 2009
Date


3

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      Plaintiff

v.                              Case No. 4:09cv15/RH/WCS

FLORIDAUCC INC.
and
RUSSELL EDOUARD DONALDSON ROBINSON

      Defendants

_____

## DECLARATION OF SHANNON CRAVEN

I, Shannon Craven, recognizing that said statement is being made under penalty of

perjury, do hereby declare that the following statements are true and correct to the best of my

knowledge and belief.

1.      I am employed as a Deputy Clerk of Court for the United States Court of Appeals

for the Third Circuit and am the person who is the subject of the Uniform Commercial Code

Financing Statement document filed by the Defendant **RUSSELL EDOUARD DONALDSON**

**ROBINSON** with the Defendant FLORIDAUCC, Inc.

2.      As part of my duties as Deputy Clerk of Court for the United States Court of

Appeals for the Third Circuit, I have the responsibility of properly docketing submissions by

parties before the United States Court of Appeals for the Third Circuit and further have the

responsibility of communicating with parties, as the circumstances warrant.

3.     So far as I am aware, I never had any direct contact other than letters which I prepared during the course of my official duties. I have no personal relationship whatsoever.

4.     The Third Circuit records reflect that the Defendant Robinson was involved as a defendant in an appeal from his conviction in the District Court for the United States Virgin Islands in Case No. 07-2369. In that case, the Defendant Robinson had his attorney dismissed and proceeded pro se thereafter. Upon the Third Circuit Court affirming the Defendant's Conviction, he petitioned for Rehearing En Banc which was denied.

5.     Third Circuit records also reflect that since approximately 2000, the Defendant Robinson has been involved in some capacity with eleven (11) cases filed in the Third Circuit Court of Appeals, involving direct criminal appeals, mandamus actions, and appeals in civil rights cases.

5.     So far as I am aware, I have never personally met or talked to the defendant Robinson. I have never requested that he perform any services for me and have never contracted with him in any manner, formally or informally.

6.     I have never engaged in any voluntary financial relationship with the Defendant Robinson and have never borrowed any money from the Defendant.

7.     I do not owe the Defendant Robinson anything of value whatsoever and specifically do not owe him either $500,000,000.00 or $74,000,000.00 as he has reported to the FloridaUCC, Inc.

8.     I have not authorized the Defendant Robinson to file anything with the FloridaUCC, Inc. or any other agency whatsoever.

2

9.     The filings attached hereto as exhibit 1 were never authorized by me, are

fraudulent, and are an apparent effort to ruin my credit rating.

10.     There exists no valid financial relationship of any nature between me and the

Defendant Robinson that would justify or allow the Defendant Robinson filing the financing

documents identified in Exhibit 1.

11.     I am personally aware of the above made statement and am competent to testify to

same.

Pursuant to 28 U.S.C. 1746, I declare the foregoing is true and correct under the penalty

of perjury.

Shannon Craven
Deputy Clerk of Court
United States Court of Appeals
for the Third Circuit

3. 12-09
Date

3