* NOT A POINT OF LAW
* FLAGED IN COMMERCE
* A U.S. S.E.C. TRACE
* FLAG: 580195059 SPC

Russell-Edouard Donaldson:Robinson(R)1966, SPC
in behalf of RUSSELL E.D. ROBINSON(R), ENS LEGIS
TRUST CO., C/O, USM POW# 04776094
FEDERAL SATELLITE LOW-JESUP
2680 U.S. HIGHWAY 301 South
Jesup, State of Georgia [31599]

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.
2009 APR 27 PM 4:
FILED

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**RUSSELL E.D. ROBINSON(R) ENS LEGIS TRUST CO.,**

**Cross Claimnant/Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**FLORIDA UCC, INC.**
**and**
**RUSSELL EDOUARD DONALDSON ROBINSON,**

**Defendants.**

**CASE NO.:**
**4:09cv15/RH/WCS**

**BOND NO.:**
**01-09-666-REIDR**

---

There being a Civil Cause of Action, as per Captioned controversy, initiated by THE UNITED STATES OF AMERICA, in/for the behalf of "MARCIA WALDRON", and "SHANNON CRAVEN": the undersigned extends this offer of communication to the "Plaintiffs", et als., underwritten, by the undersigned's "Authorised Representative", Unlimited Commercial liability/Private Exemption ID # 580195059, as follows:

In consideration thereof that no de jure "Money Of Account" exists in circulation, and in consideration thereof that Authorised Representative has, and is continuing and will continue to incurr costs and or suffer injuries, harm and damages, due to actions, acts, and or ommissions of the above named entities and or individuals; and the only legal recourse was to seek Common Law Commercial Lien/Tort, and Criminal prosecution: Authorised Representative, underwrites with this living principal's Private Exemption ID# 580195059, all sums certain and any and all obligations necessary to obtain redress, In Re Captioned Action, as filed in The United States Of America, Federal District Court, Tallahassee, Division, State of Florida, ZIP [32301-7717].

**Indorsement/Endorsement:** Russell-Edouard Donaldson: Robinson(R)1966 SPC
Authorised Representative,

County of Wayne )

State of Georgia ) ss:

united states of America )

**BOND**

This is a permanent legal document and remains the property of the Authorised Representative, and cannot be reproduced **without prior** express written permission of the Authorised Representative.

## CERTIFICATE OF FILING/SERVICE

IT IS CERTIFIED pursuant to 28 USC § 1746, adopting the principles announced in HOUSTON v. LACK, (1988) 487 US 266, that this 23 day of March 2009, BOND # "01-09-666-REIDR" was filed to the Clerk of the Court at: 111 N. Adams Street, Suite 322, Tallahassee, FL. [32301-7717], In RE Civil Action No.: 4:09cv15/RH/WCS; and exact copies served on the following:

AUSA BENJAMIN BEARD
21 E. Garden Street
Pensacola, FL. [32501]

ATTORNEY LARRY D. SIMPSON
FL BAR# 176070
P.O. BOX 10368
Tallahassee, FL. [32302-2368]

via hand delivery to the FSL-JESUP, Post office officials in a sealed envelope with first class postage pre-paid affixed.

Respectfully,

Russell E.D. Robinson(R)1966, ENS LEGIS TRUST CO.

RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS TRUST
C/O, USM POW# 04776094
FEDERAL SATELITTE LOW-JESUP
2680 US Highway 301 South
Jesup, State of Georgia [31599]