Russell:Robinson(R)1966, SPC
C/O, USM POW # 04776094
Federal Satellite Low-Jesup
2680 US Highway 301 South
Jesup, State of Georgia [31599]
Under Strict Necessity

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALAHASSEE DIVISION

| | | |
|---|---|---|
| Russell:Robinson(R)1966, SPC,<br>Propria Persona, Neutral Third<br>Party Intervenor, | * * * * | **AMENDED COMPLAINT**<br>**BILL IN EQUITY**<br><br>Case No.: 4:09cv15/RH/WCS |
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>FLORIDAUCC, INC.,<br>    Defendant,<br>RUSSELL E.D. ROBINSON,<br>Defendant/Cross Plaintiff. | * * * * * * * * * * * * | |

Wayne County            )
State of Georgia        ) ss:
united states of America )

### JURISDICTION AND VENUE

1.  Jurisdiction in this matter is hereby granted by Russell: Robinson(R)1966, SPC, authorized representative for RUSSELL E.D. ROBINSON(R) 1966 ENS LEGIS TRUST CO., by way of sufficiency of pleadings, [see affidavit in Support of AMENDED COMPLAINT BILL IN EQUITY];

2.  The venue of this court is correct, as the UNITED STATES OF AMERICA, "Plaintiff" sought to proceed herein, and Defendants, MARCIA WALDRON and SHANNON CRAVEN, et als, are diverse from Cross plaintiff, and do business for and in THE DISTRICT OF COLUMBIA. And the amount in contriversy, exceeds One Billion, Five Hundred and seventy Four million, UNITED STATES "DOLLARS", [US$1,574,000,000.00/100];

### PARTIES

3.  RUSSELL ROBINSON, has been resident in the Territories of THE UNITED STATES OF AMERICA, for over seven years;

4.  MARCIA WALDRON, and SHANNON CRAVEN, demonstrate a residency in the State of PENNSYLVANIA, USA, and does business therein for and in behalf of THE UNITED STATES OF AMERICA, INC.;

1

## FACTS

5. Cross plaintiff/third party intervenor, has exhausted <u>all</u> available administrative remedies; and comes to this court of equity with clean hands and in good faith;

6. Cross Plaintiff/third party intervenor, has established "Judgement in Estoppel", as evidenced by the pleadings, filed into this court's record, pursuant to the captioned docket # on March 24, 2009, A.D., at 12:20PM;

7. Cross Plaintiff's/Third Party Intervenor's administrative remedy is "res judicata";

8. Failure of the defendats to have responded in this matter is 'stare decisis';

9. Cross Plaintiff's/Third Party Intervenor's administrative remedy is ripe for judicial review, and there are no facts in controversy;

## LEGAL CLAIMS

10. Cross plaintiff/Third party intervenor is entitled to relief in this equitable claim;

11. Defendants are estopped fro failure to have responded to the original administrative remedy processes;

12. Cross Plaintiff/Third party Intervenor, has placed the facts and the law before this Honorable Court;

## RELIEF SOUGHT

13. Cross plaintiff/third party intervenor requests judicial review of this private administrative remedy processes, and remedies;

14. Cross plaintiff/third party intervenor, requests this court to find the facts, and execute on the law of the contract, within three (3) claendar days of this filing: [12 CFR TILA, Regulation "Z"];

15. Cross plaintiff/third party intervenor requests summary judgement on the private administrative remedy processes, now in this court's files: filed March 24, 2009, A.D., at 12:20PM;

16. Cross plaintiff/third party intervenor requests that this Court order defendants to pay in <u>full</u>, the sum certain One Billion Five Hundred and Seventy Four Million US "DOLLARS", [US$1,574,000,000.00/100], over to Cross plaintiff/third party intervenor, via certified funds to be wire transferred bi SWIFT, FEDWIRE, EFT, to SCOTIA BANK OF THE VIRGIN ISLANDS, ACCOUNT # 044-01335616, ABA/ROUTING # 021606056; or in the alternative, have defendats' Principal, Mr. TIMOTH GEITHNER, Secretary of the US Treasury, effect an electronic Funds transfer in same amount to settle account in full;

17. Cross plaintiff/Third party intervenor, requests this Court to discharge the Bond(s) in this matter, and release the Order(s) of this Honorable Court to: RUSSELL E.D. ROBINSON(R) 1966, ENS LEGIS TRUST CO., and Cross plaintiff/third party Intervenor, "Russell:Robinson(R)1966, SPC.

Respectfully Submitted by order of
RUSSELL E.D. ROBINSON(R)1966 ENS LEGIS TRUST CO.
All Rights Reserved, UCC § 1-308:

*Russell E.D. Robinson(R) 1966, ENS Legis Trust, Co.*
RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS TRUST CO.
C/O, USM POW# 04776094
Federal Satellite Low-Jesup
2680 US Highway 301 South
Jesup, State of Georgia [31599]

### CERTIFICATE OF FILING/SERVICE

IT IS CERTIFIED, pursuant to 28 USC § 1746, adopting the principles announced in Houston v. Lack, (1988) 487 US 266, that the orginal an exact copy w/ SASE, was filed to the Clerk of the court at: William M. McCool US District Court, 111 N. Adams St. Ste 322, Tallahassee, FL. [32301-7717], and exact copies served on:

AUSA BENJAMIN BEARD,            LARRY D. SIMPSON,
FL. BAR# 0145746                FL. BAR # 176070
21 East Garden Street           JUDKINS, SIMPSON & HIGH
Pensacola, FL [32501]           P.O. BOX 10368
                                Tallahassee, FL. [32302-2368

via hand delivery to FSL-Jesup mailroom staff this 24th day of April 2009, A.D., with first class postage pre-paid.
Respectfully,
*Russell E.D. Robinson(R)1966, ENS Legis Trust Co.*
RUSSELL E.D ROBINSON(R) 1966 ENS LEGIS TRUST.