COMMERCIAL NOTICE OF AMENDED
COMPLAINT BILL IN EQUITY

Russell:Robinson(R)1966, SPC
C/O, USM POW# 04776094
Federal Satellite Low-Jesup
2680 US Highway 301 South
Jesup, State of Georgia [31599]
Under Strict Necessity,

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Russell:Robinson(R)1966, SPC,  *
Propria Persona, Neutral Third *
Party Intervenor,              *   COMMERCIAL NOTICE OF AMENDED
                               *   COMPLAINT; BILL IN EQUITY
                               *
                               *   Case NO.: 4:09cv15/RH/WCS
UNITED STATES OF AMERICA,      *
        Plaintiff,             *
                               *
    v.                         *
                               *
FLORIDAUCC, INC.,              *
        Defendant,             *
                               *
RUSSELL E.D. ROBINSON,         *
Defendant/Cross Plaintiff.     *
                               *

Wayne County              )
State of Georgia          )   ss:
united states of America  )

COMES NOW, Russell:Robinson(R)1966, SPC, a non-attorney, over the age of twenty-one (21) years, and competent to testify/state with first hand knowledge, reserving all rights, and waiving no rights; with clean hands, in good faith, and not bad faith, **FOR AND ON THE RECORD**:

### JURISDICTION 'IN REM', AND VENUE

1.   Subject matter Jurisdiction in this matter is hereby brought by, "Russell:Robinson(R)1966, SPC, 'authorised Representative' for, "RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS TRUST CO., by way of sufficiency of pleadings by affidavit, and surety Bond, [ Filed/received by Clerk of Court, on: "2009 MAR 24 PM 12:20"], under subrogation by Russell:Robinson(R)1966, SPC, via his private exemption ID# 580195059;

1

2.   The venue of this Court, is correct, as the UNITED STATES OF AMERICA, "Plaintiff" sought to proceed herein, in violation of cross plaintiff's private commerce clause's guarantees; and MARCIA WALDRON, SHANNON CRAVEN, et als., are diverse from cross plaintiff, and do business for and in the DISTRICT OF COLUMBIA. And the amount in controversy, exceeds One Billion, Five Hundred and Seventy Four Million, UNITED STATES "DOLLARS", [US$1,574,000,000.00/100];

**PARTIES**

3.   PLAINTIFFS are "for profit" entities-corporate fictions, d/b/a and or in THE UNITED STATES OF AMERICA/DISTRICT OF COLUMBIA, and its several "States", for over one (1) year;

4.   Cross Plaintiff, is resident in "The State of Georgia", and has caused to be filed in the State of Florida, City of Tallahassee, certain private, Common Law evidences of debt(s);

**FACTS**

5.   Since on or about April 07, 2003, A.D., Cross plaintiff/ third party Intervenor, has been the victim of certain "Frauds Upon The Court", and numerous frauds, culminating in the administrative filing of a "Direct Appeal" Brief to the United States Court of Appeals for The Third Circuit, on or about August 08, 2007, A.D.;

6.   Defendants, MARCIA WALDRON, SHANNON CRAVEN, via a <u>criminal</u> conspiracy to further same "Frauds", did with intent, purpose and malice afore-thought, combine, conspire, agree together, and with others known and unknown, to deprive Cross Plaintiff/Third Party Intervenor, remedy, via meaningfull access to the Court;

7.   After numerous, "Notices", "Pleadings", "Warnings", and other

third party communications, Cross Plaintiff/Third Party Intervenor, initiated this underlying "Common Law Private Processes", and effected proper service, on DEFENDANTS, MARCIA WALDRON, and SHANNON CRAVEN;

8.   On or about, Febuary 2008, A.D. both defendants, MARCIA WALDRON and SHANNON CRAVEN, contacted Cross plaintiff/Third party Intervenor, via a signed letter written on their official business letterhead, indictaing unequivocally, and unambigously, that they chose to "dis-honor", the documents served on them, though being "Superio in the Knowledge" of the applicable law(s);

9.   On or about, March 2008, A.D., Cross Plaintiff/Third Party Intervenor, caused to be filed, at FLORIDAUCC INC., at Tallahassee, State of Florida, certain Common Law Documents, evidences same supra referenced 'dis-honor'/ 'evidnce of debt';

10.  Cross Plaintiff/Third party Intervenor, has exhausted all available administrative remedies, both public and private In Re these matters, and comes to this Honorable Court of Equity with clean hands and in good faith;

11.  Cross Plaintiff/Third party Intervenor, has established a "Judgement in Estoppel", against MARCIA WALDRON, and SHANNON CRAVEN, as certified by their actions/ommisions/ own writings signed by them on their official letterhead, no part of the record of this proceedings, as filed on March 24, 2008, A.D., at 12:20PM;

12.  Cross Plaintiff/Third Party Intervenor's administrative remedy is res judicata;

13.  Failure of the DEFENDANDANTS, to adequately respond/rebutt in this matter is 'stare decis et non quieta movere', [to stand by the

3

decisions and not to disturb settled points]. Ballentines Law Dictionary, page 1210;

14. Cross plaintiff/Third Party Intervenor's administrative remedy is ripe for judicial review, and there are no facts in controversy;

## LEGAL CLAIMS

15. Cross plaintiff/Third Party Intervenor, has posted and holds the Claim/Bond, and is entitled to relief in this equitable claim;

16. DEFENDANTS, have waived <u>all</u> defenses under contract and are estopped from raising a defense, due to failure to respond to original administrative processes;

17. Cross Plaintiff/Third Party Intervenor, has placed the facts and the law of the Contract before this Honorable Court;

## RELIEF SOUGHT

18. Cross Plaintiff/Third Party Intervenor, requests a <u>fair</u> Judicial review of this administrative remedy process and remedy;

19. Cross Plaintiff/Third Party Intervenor, requests this Honorable Court to find the facts and execute on the law of the contract before this Honorable Court, **within three, (3), Calendar days**, of this filing, or agree and implicitly consent to Cross plaintiff/third party Intervenor, depositing same with FEDERAL RESERVE BANK, in WASHINGTON, DISTRICT OF COLUMBIA, for future uses, or any other bank account Cross plaintiff/third party intervnor chooses;

20. Cross plaintiff/third party intervenor, requests summary judgement on this private administrative remedy, within three (3) calendar days of filing of this action;

21. Cross Plaintiff/thrid party intervenor, requests this Honorable Court to order the Defendants to pay in full, the sum certain, One

Billion, Five Hundred and Seventy Four Million, U.S. "DOLLARS", [US$1,574,000,000.00/100], over to cross plaintiff/third party Intervenor immediately;

22. Cross Plaintiff/Third party Intervenor, requests that this Honorable Court discharge the Bond(s) in this matter, and release the order(s) of the Court(s) to RUSSELL E.D. ROBINSON(R)1966 ENS LEGIS TRUST CO., immediately.

Respectfully Submitted by
order, Without Prejudice,
UCC § 1-308:

*Russell E.D. Robinson©1966, ENS LEGIS TRUST, CO.*

RUSSELL E.D. ROBINSON(R)1966, ENS LEGIS TRUST CO.
C/O, USM POW# 04776094
Federal Satellite Low-Jesup
2680 US Highway 301 South
Jesup, State of Georgia [31599]


I, Russell:Robinson(R)1966, SPC, on my own unlimited commercial liability do certify that I have read the preceding affidavit and do know the contents to be true, correct, and complete, and not misleading, but the truth, the whole truth, and nothing but the truth.

All Rights Reserved, UCC § 1-308:
*Russell:Robinson©1966, SPC*
*RUSSELL E.D. ROBINSON©1966, ENS LEGIS TRUST CO*

Russell:Robinson(R)1966, SPC

Dated: April 23, 2009, A.D.