*FLN (Rev. 3/2007) Deficiency Order*                                           *Page 1 of 1*
*4:09cv15-RH - UNITED STATES OF AMERICA vs. RUSSELL E. D. ROBINSON*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      vs                                       Case No.4:09cv15-RH

RUSSELL E. D. ROBINSON

_____

## ORDER

Your document, **NOTICE OF ACCEPTANCE OF OATHS OF OFFICE**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

    The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

    The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

For these reasons, IT IS ORDERED that the Clerk shall return the document to the filing party.

DONE and ORDERED this 14th day of May, 2009.

                                                     /s William C. Sherrill
                                                     UNITED STATES MAGISTRATE JUDGE