# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                                                  CASE NO. 4:09cv15-RH/WCS

FLORIDAUCC, INC., and RUSSELL
EDOUARD DONALDSON ROBINSON,

      Defendants.

_____/

## PERMANENT INJUNCTION AND ORDER
## DIRECTING CLERK TO ENTER JUDGMENT

This case is before the court on the magistrate judge's report (document 22) and a response that might charitably be labeled an objection (document 23).

As set forth in the report, the defendant Russell Edouard Donaldson Robinson fraudulently filed financing statements against the Clerk of the Court of the United States Court of Appeals for the Third Circuit and against a deputy clerk of that court. Mr. Robinson is serving a sentence in federal prison and has litigated cases in the Third Circuit, but he has had no other contact with the federal employees against whom he filed the financing statements. The defendant FloridaUCC, Inc. ("FloridaUCC") is a private entity that, under a contract with the

State of Florida, maintains the records of filings under the Uniform Commercial Code in Florida.

Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The plaintiff's motion for summary judgment (document 9) is GRANTED.

3. Mr. Robinson must not file any financing statement or claim of lien of any kind against any federal employee unless Mr. Robinson has had commercial dealings with the person and the person has signed a contract, note, security agreement, or other document explicitly authorizing the filing.

4. The defendant FloridaUCC, Inc. must remove from the Uniform Commercial Code registry each document filed by Mr. Robinson against Marcia Waldron or Shannon Craven. The removal must be done immediately and in any event by July 16, 2009. FloridaUCC may maintain, for its own records, the original or a copy of a removed document, so long as (a) the document is maintained outside the UCC registry so that it will not be found in an ordinary search of UCC filings, and (b) the document is marked: "This document has been declared void and of no effect by the United States District Court for the Northern

District of Florida in Case No. 4:09cv15." A document is "marked" within the meaning of this paragraph only if the required statement is prominently set forth on each page of the document or firmly affixed to the front of the document in a way that will bring it to the attention of anyone who looks at or reads the document.

    5.  FloridaUCC must not file in the UCC registry any document that Mr. Robinson tenders in violation of this injunction.

    6.  References in this order to "Mr. Robinson" mean Russell Edouard Donaldson Robinson regardless of whether he is referred to by that name, by any variation of that name, or by any other name. But FloridaUCC's obligations apply only to filings using the name "Russell Edouard Donaldson Robinson," or a recognizable variation, or a name that FloridaUCC knows or should know is being used by the same person.

    7.  The court reserves jurisdiction to enforce this injunction.

    8.  The clerk must enter judgment stating:

> It is ordered that the plaintiff United States of America recover injunctive relief against the defendants Russell Edouard Donaldson Robinson ("Mr. Robinson") and FloridaUCC, Inc. ("FloridaUCC"), as follows:
>
> > 1.  Mr. Robinson must not file any financing statement or claim of lien of any kind against any federal employee unless Mr. Robinson has had commercial dealings with the person and the person has signed a contract, note, security agreement, or other document explicitly authorizing the filing.

  2.  FloridaUCC must remove from the Uniform Commercial Code registry each document filed by Mr. Robinson against Marcia Waldron or Shannon Craven.  The removal must be done immediately and in any event by July 16, 2009.  FloridaUCC may maintain, for its own records, the original or a copy of a removed document, so long as (a) the document is maintained outside the UCC registry so that it will not be found in an ordinary search of UCC filings, and (b) the document is marked: "This document has been declared void and of no effect by the United States District Court for the Northern District of Florida in Case No. 4:09cv15."  A document is "marked" within the meaning of this paragraph only if the required statement is prominently set forth on each page of the document or firmly affixed to the front of the document in a way that will bring it to the attention of anyone who looks at or reads the document.

  3.  FloridaUCC must not file in the UCC registry any document that Mr. Robinson tenders in violation of this injunction.

  4.  References in this judgment to "Mr. Robinson" mean Russell Edouard Donaldson Robinson regardless of whether he is referred to by that name, or by any variation of that name, or by any other name.  But FloridaUCC's obligations apply only to filings using the name "Russell Edouard Donaldson Robinson," a recognizable variation, or a name that FloridaUCC knows or should know is being used by the same person.

9.  The clerk must close the file.

SO ORDERED on July 3, 2009.

            <u>s/Robert L. Hinkle    </u>
            United States District Judge

*Case No: 4:09cv15-RH/WCS*