UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

    VS                                                  CASE NO.  4:09-cv-00015-RH-WCS

FLORIDAUCC INC, et al.,

**JUDGMENT**

It is ordered that the plaintiff United States of America recover injunctive relief against the defendants Russell Edouard Donaldson Robinson ("Mr. Robinson") and Florida UCC, Inc. ("Florida UCC"), as follows:

1. Mr. Robinson must not file any financing statement or claim of lien of any kind against any federal employee unless Mr. Robinson has had commercial dealings with the person and the person has signed a contract, note, security agreement, or other document explicitly authorizing the filing.

2. Florida UCC must remove from the Uniform Commercial Code registry each document filed by Mr. Robinson against Marcia Waldron or Shannon Craven. The removal must be done immediately and in any event by July 16, 2009. Florida UCC may maintain, for its own records, the original or a copy of a removed document, so long as (a) the document is maintained outside the UCC registry so that it will not be found in an ordinary search of UCC filings, and (b) the document is marked: "This document has been declared void and of no effect by the United States District Court for the Northern District of Florida in Case No. 4:09cv15." A document is "marked" within the meaning of this paragraph only if the required statement is prominently set forth on each page of

the document or firmly affixed to the front of the document in a way that will bring it to the attention of anyone who looks at or reads the document.

  3. Florida UCC must not file in the UCC registry any document that Mr. Robinson tenders in violation of this injunction.

  4. References in this judgment to "Mr. Robinson" mean Russell Edouard Donaldson Robinson regardless of whether he is referred to by that name, or by any variation of that name, or by any other name. But Florida UCC's obligations apply only to filings using the name "Russell Edouard Donaldson Robinson," a recognizable variation, or a name that Florida UCC knows or should know is being used by the same person.

         WILLIAM M. McCOOL, CLERK OF COURT

July 6, 2009        s/ *Kayla Bruner*
DATE          Deputy Clerk: Kayla Bruner